**Chapter you are filing under:**

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Joseph<br>First name<br><br>Carl<br>Middle name<br><br>Mulac<br>Last name<br><br>III<br>Suffix (Sr., Jr., II, III) | Mary Ellen<br>First name<br><br>Middle name<br><br>Mulac<br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 9 4 8 2<br><br>OR<br><br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – 9 2 2 1<br><br>OR<br><br>9 xx – xx – ___ ___ ___ ___ |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>EIN<br><br>_____<br>EIN | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>EIN<br><br>_____<br>EIN |

**5. Where you live**

| About Debtor 1 | If Debtor 2 lives at a different address: |
|---|---|
| 4800 N 68th St<br>Number      Street<br><br>#371<br><br>Scottsdale                    AZ      85251<br>City                          State    ZIP Code<br>Maricopa County<br>County | _____<br>Number      Street<br><br>_____<br><br>_____<br>City                          State    ZIP Code<br>_____<br>County |
| **If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.**<br><br>_____<br>Number      Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                          State    ZIP Code | **If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.**<br><br>_____<br>Number      Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                          State    ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| Check one: | Check one: |
|---|---|
| ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) | ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) |

7. **The chapter of the Bankruptcy Code you are choosing to file under**

   *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

   - [x] Chapter 7
   - [ ] Chapter 11
   - [ ] Chapter 12
   - [ ] Chapter 13

8. **How you will pay the fee**

   - [x] **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

   - [ ] **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

   - [ ] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

   - [x] No
   - [ ] Yes.

   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

   - [x] No
   - [ ] Yes.

   | Debtor _____ | | Relationship to you _____ |
   | District _____ | When _____ | Case number, if known _____ |
   | Debtor _____ | | Relationship to you _____ |
   | District _____ | When _____ | Case number, if known _____ |

11. **Do you rent your residence?**

   - [x] No. Go to line 12.
   - [ ] Yes. Has your landlord obtained an eviction judgment against you?

      - [ ] No. Go to line 12.
      - [ ] Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

_____

Number     Street

_____

_____

City                              State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

[✓] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

[ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

[ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

[ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

[✓] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

[ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

[ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

[ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Certificate Number: 17572-AZ-CC-034247897



17572-AZ-CC-034247897

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 17, 2020</u>, at <u>8:02</u> o'clock <u>PM PDT</u>, <u>Joseph C Mulac</u> received from <u>Dollar Learning Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>March 17, 2020</u>          By: <u>/s/Hector Colon</u>

                                   Name: <u>Hector Colon</u>

                                   Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 17572-AZ-CC-034246999



17572-AZ-CC-034246999

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 17, 2020</u>, at <u>4:49</u> o'clock <u>PM PDT</u>, <u>Mary Ellen Mulac</u> received from <u>Dollar Learning Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>March 17, 2020</u>          By: <u>/s/Hector Colon</u>

Name: <u>Hector Colon</u>

Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**16.** What kind of debts do you have?

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____
_____

**17.** Are you filing under Chapter 7?

☐ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☑ Yes

**18.** How many creditors do you estimate that you owe?

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** How much do you estimate your assets to be worth?

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Joseph Carl Mulac III
_____
Signature of Debtor 1

Executed on 4/22/20
MM / DD / YYYY

Email address _____

✗ /s/ Mary Ellen Mulac
_____
Signature of Debtor 2

Executed on 4-22-20
MM / DD / YYYY

Email address _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ /s/ Edwin Stanley

Signature of Attorney for Debtor

Date   04 / 22 / 2020
       MM  /  DD  / YYYY

Edwin Stanley
Printed name

Simbro and Stanley PLC
Firm name

8767 E Via de Commercio
Number    Street

Ste 103

| Scottsdale | AZ | 85258 |
|---|---|---|
| City | State | ZIP Code |

Contact phone 480-222-4055          Email address bstanley@simbroandstanley.com

011730                              AZ
Bar number                         State

Case 2:20-bk-04173-BKM    Doc 1    Filed 04/22/20    Entered 04/22/20 09:20:20    Desc
Main Document    Page 9 of 111

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Joseph Carl Mulac III |
| | First Name ___ Middle Name ___ Last Name |
| Debtor 2 | Mary Ellen Mulac |
| (Spouse, if filing) | First Name ___ Middle Name ___ Last Name |

United States Bankruptcy Court for the: District of Arizona

Case number _____
(If known)

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

---

**Part 1:     Summarize Your Assets**

|  | | Your assets |
|---|---|---|
| | | Value of what you own |
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................ | $3,720,000.00 |
| | 1b. Copy line 62, Total personal property, from *Schedule A/B* ....................................... | $246,570.00 |
| | 1c. Copy line 63, Total of all property on *Schedule A/B* ................................................. | $3,966,570.00 |

---

**Part 2:     Summarize Your Liabilities**

|  | | Your liabilities |
|---|---|---|
| | | Amount you owe |
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $5,044,876.19 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................... | $0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ........................ | + $13,627,755.14 |
| | | **Your total liabilities** $18,672,631.33 |

---

**Part 3:     Summarize Your Income and Expenses**

|  | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I* ..................................... | $1,466.67 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J* ............................................. | $31,211.62 |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$_____

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

                                                          **Total claim**

From Part 4 on *Schedule E/F*, copy the following:

9a. Domestic support obligations (Copy line 6a.)    $ _____ 0.00

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ _____ 0.00

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $ _____ 0.00

9d. Student loans. (Copy line 6f.)    $ _____ 0.00

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $ _____ 0.00

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $ _____ 0.00

9g. **Total.** Add lines 9a through 9f.    $ _____ 0.00

Fill in this information to identify your case and this filing:

Debtor 1   Joseph Carl Mulac III
           First Name          Middle Name          Last Name

Debtor 2   Mary Ellen  Mulac
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Arizona

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.** 7411 E Jackrabbit Rd
Street address, if available, or other description

Scottsdale          AZ     85250
City                State  ZIP Code

Maricopa County
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**     **Current value of the portion you own?**
$ 3,500,000.00        $ 3,500,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint tenant

☑ Check if this is community property

If you own or have more than one, list here:

**1.2.** 2500 Waterford Dr
Street address, if available, or other description

Ste 206

Frederick          MD     21701
City                State  ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**
$ 220,000.00        $ 220,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint tenant

☑ Check if this is community property
(see instructions)

1. ____

Street address, if available, or other description

_____

_____

City      State    ZIP Code

_____

County

**What is the property?** Check all that apply.

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entiretles, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ..................................................→ | $ 3,720,000.00 |

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

3.1. Make: Mercedes

Model: G63

Year: 2015

Approximate mileage: 33000

Other information:

Condition: Very Good

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ 75,000.00   $ 75,000.00

If you own or have more than one, describe here:

3.2. Make: BMW

Model: X3

Year: 2013

Approximate mileage: 69000

Other information:

Condition: Good

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ 8,000.00   $ 8,000.00

**3.3**   Make: **Jeep**

Model: **Wrangler**

Year:      2016

Approximate mileage: _____

Other information:
Condition: Very Good

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ 55,000.00      $ 55,000.00

**3.4**   Make: **Audi**

Model: **Quattro Sedan**

Year:      2006

Approximate mileage: 94000

Other information:
Condition: Fair

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ 6,900.00      $ 6,900.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**4.1.**   Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____      $ _____

If you own or have more than one, list here:

**4.2.**   Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____      $ _____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..............................➔    $ 144,900.00

| Part 3: | Describe Your Personal and Household Items |
| --- | --- |

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... See attached Schedule A-6 - Non-Exempt, See attached Schedule A-7 - Non-Exempt, See attached Schedule A-7 - Exempt, See attached Schedule A-6 - Exempt, Whytner Humidor, American Security Gun Safe

   $ 51,400.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe........

   $ 0.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.......... See attached Schedule A-8

   $ 21,000.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe......... Custom pool table, Lamar universal gym, Spin Bike

   $ 3,600.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe......... Daniel Defense AR15, Smith and Wesson 9mm 1911, Black Aces 12 gauge shotgun, AAC AR15 300 BLK Class 3 Tax Stamp, SIG Sauer 9 mm MPX

    $ 3,400.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe......... Women's shoes, clothing, and purses, including Louis Vuitton purse, Gucci purse, Men's shoes, clothing, and luggage, including brown leather jacket, gray flannel overcoat, grey flannel bomber jacket, Gucci black leather bomber jacket, Louis Vuitton shoes, Louis Vuitton duffel & messenger bag

    $ 5,400.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.......... See attached Schedule A-12, Women's Shinola Watch, Women's One Carat Diamond Wedding Ring, Men's Garmond Watch, Men's Wedding Bank

    $ 13,850.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe..........

    $ 0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information...............

    $ 0.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .........................................................➔

    $ 98,650.00

## SCHEDULE A-6 – Non-Exempt

## Household Furniture & Furnishings

Marge Carson dining room table, 10 chairs, 2 China hutches
Age:    15 years
Value:  $8,000

Custom Sectional
Age:    3 years
Value:  $3,000

Kitchen table
Age:    15 years
Value:  $400

Century bedroom set – head & footboard, armoire
Age:    20 years
Value:  $3,000

Crate & Barrel twin bedroom set – headboard, armoire, and night stand
Age:    15 years
Value:  $350

Thomasville coffee table and end table
Age:    Unknown
Value:  $500

Stanley queen bedroom set – headboard and 2 night stands
Age:    Unknown
Value:  $400

Custom sofa table (1)
Age:    15 years
Value:  $1,000

Office furniture – leather chair and printer table
Age:    25 years
Value:  $500

Bar stools (7)
Age: 15 years
Value:  $50/each = $350

Fabric & leather seats (2)
Age:    15 years
Value:  $300/each = $600

Custom buffet table
Age:    15 years
Value:  $400

Sofa table
Age:    Unknown
Value:  $150

Custom living room chairs (2)
Age:    15 years
Value   $300/each = $600

Chair with ottoman
Age:    15 years
Value:  $300

Robb & Stucky extra large entertainment center
Age:    15 years
Value:  $5,000

Council desk
Age:    15 years
Value:  $5,000

Outside patio table and chairs – Glass & Bamboo
Age:    15 years
Value:  $700

Large outside chairs with ottomans (3)
Age:    Unknown
Value:  $300/each = $900

Large lounge chair
Age:    15
Value:  $200

Desk
Age:    Unknown
Value:  $200

Patio Chairs – Wrought Iron
Value:  $200/each = $400

Stone tables (outdoor) (4)
Value:  $100/each = $400

Outdoor sofa with extensive sun damage
Value:  $100

Coffee Table (outdoor)
Value:  $50

Bar stools (4)
Value:  $100/each = $400

**Appliances**

Sub-Zero built-in refrigerator/freezer (2)
Age:     15 years
Value:  $1,500 + $500 = $2,000

Viking double oven
Age:     15 years
Value:  $200

Kitchen Aide double oven
Age:     15 years
Value:  $200

Kitchen Aide built-in microwaves (2)
Age:     15 years
Value:  $50/each = $100

Kitchen Aide Dishwashers
Age:     15 years
Value:  $100/each = $200

Marvel Mini-Refrigerators (4)
Age:     15 years
Value:  $100/each = $400

Scotsman Icemaker
Age:     3 years
Value:  $400

Kitchen Aide Mini-Refrigerators
Age:     3 years
Value:  $500/each = $1,500

Wrought Iron Bistro Table & Chairs

Age:     15 years
Value:   $150

Oversized Chairs w/ Ottomans (2)
Age:     15 years
Value:   $300/each = $600

**APPROXIMATE TOTAL VALUE:**              **$32,650.00**


*Values are based on Debtors' best estimates and the items have not been appraised*

**SCHEDULE A-6 – Exempt**

**Household Furniture & Furnishings**

Ktichen chairs (6)
Age:    15 years
Value:  $50/each = $300

Century bedroom night stands (2)
Age:    20 years
Value:  $100/each = $200

Crate & Barrel twin bedroom set – headboard, armoire, and night stand
Age:    15 years
Value:  $350

Custom couch
Age:    15 years
Value:  $300

Custom sofa table
Age:    15 years
Value:  $1,000

Leather desk chair
Age:    3 years
Value:  $300

Fabric & leather seats (2)
Age:    15 years
Value:  $300/each = $600

Ladlow buffet table
Age:    20 years
Value:  $300

End table
Age:    unknown
Value:  $50

Leather Chairs w/ Ottoman (2)
Age:    Unknown
Value:  $500/each = $1,000

Century Dresser
Age:  20 years
Value:  $500

IKEA Queen Bedroom Set (headboard and 2 night stands)
Age:  15 years
Value:  $300

Armoire
Age:  15 years
Value:  $300

Small dinette table and 4 chairs
Age:  15 years
Value:  $150

Small end tables (outdoor) (2)
Value:  $25/each = $50

Patio table and chairs
Value:  $400.00

Lounge chairs (outdoor) (2)
Value:  $100/each = $200

General household items (dishes, utensils, food, general household items)
Value:  Unknown

**APPROXIMATE TOTAL VALUE:  $6,300.00**

*Values are based on Debtors' best estimates and the items have not been appraised*

## SCHEDULE A-7 – Non-Exempt

### Electronics

45" LG Television
Age:    15 years
Value:  $100

Christie projector
Age:    15 years
Value:  $200

Denon DVD/Stereo
Ave:    15 years
Value:  $100

27" LG Television
Age:    7 years
Value:  $100

22" Vizio Television
Age:    10 years
Value   $50

LG Televisions (outdoor) (7)
Age:    15 years
Value:  $50/each = $350

Motiva built-in electronic equipment
Age:    15 years
Value:  $200

JBL Speakers (3)
Age:    15 years
Value:  $50/each = $150

Sub-Woofer Speakers (2)
Age:    15 years (one is broken)
Value:  $50/each = $100

**Total Approximate Value:**          **$9,450.00**


*Values are based on Debtors' best estimates and the items have not been appraised*

**SCHEDULE A-7 – Exempt**

**Electronics**

Sony Smart TVs (2)
Age:    5 years
Value:  $500/each = $1,000

Samsung Smart TV
Age:    8 years
Value:  $200

**Total Approximate Value:**        **$1,200.00**


*Values are based on Debtors' best estimates and the items have not been appraised*

**SCHEDULE A-8**

**Collectibles of Value**

Richard MacDonald Sculpture
Age:     15 years
Value:  $8,000

Irene Borg Oil Painting
Age:     15 years
Value:  $2,000

Irene Borg Oil Painting
Age:     Unknown
Value:  $2,000

Keyhani Oil Painting
Age:     Unknown
Value:  $5,000

Stephan Shortridge Oil Painting
Age:     Unknown
Value:  $3,000

Oil Painting by Unknown Artist
Age:     20 years
Value:  $1,000

Lance Outdoor Statutes Patina/Bronze (4)
Age:     Unknown
Value:  Unknown

**Total Approximate Value:        $21,000**

*Values are based on Debtors' best estimates and the items have not been appraised*

**SCHEDULE A-12**

**Jewelry**

Michele Watch
Age:    25 years
Value:  $500

Michele Two-Tone Watch Band
Age:    25 years
Value:  $150

Tiffany Cross Necklace
Age:    25 years
Value:  $500

David Yurman Moonstone Ring
Age:    15 years
Value:  $300

Marco Bicego Ring
Age:    8 years
Value:  $1,500

Ippolita Gold Necklace
Age:    4 years
Value:  $1,000

Men's David Yurman Bracelets (2)
Age:    Unknown
Value:  $200/each = $400

Louis Vuitton Bracelet
Age:    Unknown
Value:  $100

Marco Bicego Gold Bracelet
Age:    7 years
Value:  $600

Marco Bicego Hugging Bracelet w/Diamonds
Age:    Unknown
Value:  $1,000

Gold Diamond Hoop Earrings
Age:    7 years
Value:  $1,000

David Yurman Bracelet (Black Onyx & Diamonds)

David Yurman Bracelet (Black Onyx)
Age:     15 years
Value: $150

David Yurman Bracelet (Cable & Diamonds)
Age:     15 years
Value: $200

White Gold Necklace with Small Diamonds
Age:     Unknown
Value: $300

Men's Panerai Watch
Age:     Unknown
Value: $1,500

Men's David Yurman Bracelets (4)
Age:     Unknown
Value: $100/each = $400

Men's Louis Vuitton black & Silver Bracelet
Age:     Unknown
Value: $100

Men's Louis Vuitton "Lock" Chain Necklace
Age:     Unknown
Value: $100

Men's David Yurman Black Onyx Cuff Links
Age:     Unknown
Value: $100

Men's David Yurman Chain & Cross
Age:     Unknown
Value: $100

Men's Chain and Black Onyx Cross
Age:     Unknown
Value: $100


**Total Approximate Value:      $10,500**


*Values are based on Debtors' best estimates and the items have not been appraised*

---

| Part 4: | Describe Your Financial Assets |
|---------|-------------------------------|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes....................................................................................................................... Cash: ....................... $ _____

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.................... Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Bank of America | $ 475.00 |
| 17.2. Checking account: | Mutual of Omaha | $ 0.00 |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | Mutual of Omaha | $ 0.00 |
| 17.7. Other financial account: | Bank of America | $ 325.00 |
| 17.8. Other financial account: | E Trade | $ 0.00 |
| 17.9. Other financial account: | Wells Fargo Bank | $ 220.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☑ No
☐ Yes..................
Institution or issuer name:

_____ $ _____
_____ $ _____
_____ $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them. ........................

Name of entity:        % of ownership:

_____ _____ % $ _____
_____ _____ % $ _____
_____ _____ % $ _____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
   information about
   them. ....................

Issuer name:

| | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
   account separately.    Institution name:
   Type of account:

| | |
|---|---|
| 401(k) or similar plan: | $_____ |
| Pension plan: | $_____ |
| IRA: | $_____ |
| Retirement account: | $_____ |
| Keogh: | $_____ |
| Additional account: | $_____ |
| Additional account: | $_____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No

☑ Yes. .........................    Institution name or individual:

| | |
|---|---|
| Electric: | $_____ |
| Gas: | $_____ |
| Heating oil: | $_____ |
| Rental unit:   Security Deposit for Condominium | $ 2,000.00 |
| Prepaid rent: | $_____ |
| Telephone: | $_____ |
| Water: | $_____ |
| Rented furniture: | $_____ |
| Other: | $_____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes. .........................    Issuer name and description:

| | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c)

| | $_____ |
| | $_____ |
| | $_____ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them.. $0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them.. $0.00

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them.. $0.00

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. .....................

| Federal: | $0.00 |
| State: | $0.00 |
| Local: | $0.00 |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information. .............

| Alimony: | $0.00 |
| Maintenance: | $0.00 |
| Support: | $0.00 |
| Divorce settlement: | $0.00 |
| Property settlement: | $0.00 |

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information. .............

$0.00

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance company
         of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | | | $ |
    | | | $ |
    | | | $ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Give specific information. .............

    $ 0.00

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes. Describe each claim......................   Claim against AV Homes Inc.

    $ Unknown

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim......................

    $ 0.00

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information. ............

    $ 0.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...........................................................➜

    $ 3,020.00

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☐ No
    ☐ Yes. Describe .........

    $ _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ☐ Yes. Describe .........

    $ _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe ......    [                                                          ]  $_____

**41. Inventory**

☐ No
☐ Yes. Describe ......    [                                                          ]  $_____

**42. Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe ......

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | _____ % | $_____ |
| _____ | _____ % | $_____ |
| _____ | _____ % | $_____ |

**43. Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

  ☐ No
  ☐ Yes. Describe .........    [                                        ]  $_____

**44. Any business-related property you did not already list**

☐ No
☐ Yes. Give specific
  information .........    _____    $_____
                          _____    $_____
                          _____    $_____
                          _____    $_____
                          _____    $_____
                          _____    $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ......................................................... ➔    $ 0.00

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
  *Examples*: Livestock, poultry, farm-raised fish

☐ No
☐ Yes ...........................    [                                        ]  $_____

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific information. ..........

$ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes............................

$ _____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes............................

$ _____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific information. ..........

$ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ..........................................................➔ $ 0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information. ..........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...........................➔ $ 0.00

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** .............................................................................➔ $ 3,720,000.00

56. **Part 2: Total vehicles, line 5** $ 144,900.00

57. **Part 3: Total personal and household items, line 15** $ 98,650.00

58. **Part 4: Total financial assets, line 36** $ 3,020.00

59. **Part 5: Total business-related property, line 45** $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52** $ 0.00

61. **Part 7: Total other property not listed, line 54** + $ 0.00

62. **Total personal property.** Add lines 56 through 61. .................. $ 246,570.00   Copy personal property total ➔ + $ 246,570.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................... $ 3,966,570.00

## Continuation Sheet for Official Form 106A/B

**17) Deposits of money**

**Wells Fargo Bank**                             **$0.00**

**Bank of America – Keep the Change**      **$0.00**

| | | | |
|---|---|---|---|
| Debtor 1 | Joseph Carl Mulac III | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Mary Ellen  Mulac | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  District of Arizona

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

---

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 7411 E Jackrabbit Rd<br>Line from *Schedule A/B*: 1.1 | $ 3,500,000.00 | ☑ $ 150,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1101 (A) |
| Brief description: 2013 BMW X3<br>Line from *Schedule A/B*: 3.2 | $ 8,000.00 | ☑ $ 6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (8) |
| Brief description: 2006 Audi Quattro Sedan<br>Line from *Schedule A/B*: 3.4 | $ 6,900.00 | ☑ $ 6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (8) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Part 2: | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household goods - See attached Schedule A-7 - Exempt<br>Line from Schedule A/B: 6 | $1,200.00 | ☑ $ 1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |
| Brief description: Household goods - See attached Schedule A-6 - Exempt<br>Line from Schedule A/B: 6 | $6,300.00 | ☑ $ 6,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |
| Brief description: Sports and hobby equipment - Spin Bike<br>Line from Schedule A/B: 9 | $100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (7) |
| Brief description: Firearms - Daniel Defense AR15<br>Line from Schedule A/B: 10 | $1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (10) |
| Brief description: Firearms - Smith and Wesson 9mm 1911<br>Line from Schedule A/B: 10 | $300.00 | ☑ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (10) |
| Brief description: Firearms - Black Aces 12 gauge shotgun<br>Line from Schedule A/B: 10 | $400.00 | ☑ $ 400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (10) |
| Brief description: Firearms - AAC AR15 300 BLK Class 3 Tax Stamp<br>Line from Schedule A/B: 10 | $1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (10) |
| Brief description: Firearms - SIG Sauer 9 mm MPX<br>Line from Schedule A/B: 10 | $700.00 | ☑ $ 700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (10) |
| Brief description: Clothing - Women's shoes, clothing, and purses, including Louis Vuitton purse, Gucci purse<br>Line from Schedule A/B: 11 | $1,000.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (1) |
| Brief description: Clothing - Men's shoes, clothing, and luggage, including brown leather jacket, gray flannel overcoat, grey flannel bomber jacket, Gucci black leather bomber jacket, Louis Vuitton shoes, Louis Vuitton duffel & messenger bag<br>Line from Schedule A/B: 11 | $4,400.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (1) |
| Brief description: Jewelry - Women's Shinola Watch<br>Line from Schedule A/B: 12 | $100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (6) |
| Brief description: Jewelry - Women's One Carat Diamond Wedding Ring<br>Line from Schedule A/B: 12 | $2,000.00 | ☑ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (4) |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 2 of 3

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Jewelry - Men's Garmond Watch Brief description: Line from *Schedule A/B*: 12 | $250.00 | ☑ $ 250.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (6) |
| Jewelry - Men's Wedding Bank Brief description: Line from *Schedule A/B*: 12 | $1,000.00 | ☑ $ 1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (4) |
| Bank of America (Checking) Brief description: Line from *Schedule A/B*: 17.1 | $475.00 | ☑ $ 475.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1126 (A)(9) |
| Wells Fargo Bank (Checking) Brief description: Line from *Schedule A/B*: 17.9 | $220.00 | ☑ $ 125.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1126 (A)(9) |
| Security Deposit for Condominium (Security Deposits) Brief description: Line from *Schedule A/B*: 22 | $2,000.00 | ☑ $ 2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1126 (C), § 33-1321 (A) |
| Brief description: Line from *Schedule A/B*: | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | |

## Fill in this information to identify your case:

Debtor 1 __Joseph Carl Mulac III__
First Name      Middle Name      Last Name

Debtor 2 __Mary Ellen Mulac__
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: District of Arizona

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Cash Time Title Loans

Describe the property that secures the claim:    $74,653.00    $75,000.00    $0.00

Creditor's Name
15836 N Cave Creek Rd
Number    Street

2015 Mercedes G63 - $75,000.00

Phoenix     AZ    85032
City     State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

**2.2** Cash Time Title Loans

Describe the property that secures the claim:    $50,000.00    $55,000.00    $0.00

Creditor's Name
15836 N Cave Cree Rd
Number    Street

2016 Jeep Wrangler - $55,000.00

Phoenix     AZ    85032
City     State    ZIP Code

of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:    $124,653.00

Case 2:20-bk-04173-BKM    Doc 1    Filed 04/22/20    Entered 04/22/20 09:20:20    Desc
Main Document     Page 37 of 111

**Part 1:** **Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

### 2.3 Mr. Cooper

Describe the property that secures the claim: $ 189,000.00   $ 220,000.00   $ 0.00

Creditor's Name
PO Box 60516
Number   Street

2500 Waterford Dr Ste 206, Frederick, MD 21701 - $220,000.00

City of Industry    CA   91716-051
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   0172

### 2.4 Robert J. Wade and Kathleen R. Wade

Describe the property that secures the claim: $ 975,000.00   $ 3,500,000.00   $ 975,000.00

Creditor's Name
The Wade Revocable Trust
Number   Street

5320 E Saguaro Place

7411 E Jackrabbit Rd, Scottsdale, AZ 85250 - $3,500,000.00

Paradise Valley    AZ   85253
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

### 2.5 Wells Fargo

Describe the property that secures the claim: $ 3,013,880.00   $ 3,500,000.00   $ 0.00

Creditor's Name
PO Box 14591
Number   Street

7411 E Jackrabbit Rd, Scottsdale, AZ 85250 - $3,500,000.00

Des Moines    IA   50306-359
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred   2005

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   0065080871

Add the dollar value of your entries in Column A on this page. Write that number here: $ 4,177,880.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ _____

| Debtor 1 | Joseph Carl Mulac III | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.6** Wells Fargo

Describe the property that secures the claim: $ 742,343.19  $ 3,500,000.00  $ 256,223.19

Creditor's Name
MAC B6955-01B

Number    Street
PO Box 31557

City  Billings    State MT    ZIP Code 59107

7411 E Jackrabbit Rd, Scottsdale, AZ 85250 - $3,500,000.00

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   1998

---

Describe the property that secures the claim: $_____  $_____  $_____

Creditor's Name

Number    Street

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

---

Describe the property that secures the claim: $_____  $_____  $_____

Creditor's Name

Number    Street

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 742,343.19

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ 5,044,876.19

Fill in this information to identify your case:

Debtor 1    Joseph Carl Mulac III
     First Name      Middle Name      Last Name

Debtor 2    Mary Ellen Mulac
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: District of Arizona

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

| Priority Creditor's Name | Last 4 digits of account number | $_____ | $_____ | $_____ |
|---|---|---|---|---|

Number   Street

When was the debt incurred? _____

City   State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**2.2**

| Priority Creditor's Name | Last 4 digits of account number | $_____ | $_____ | $_____ |
|---|---|---|---|---|

Number   Street

When was the debt incurred? _____

City   State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**
American Express

Nonpriority Creditor's Name
PO Box 297879
Number    Street

Ft. Lauderdale        FL        33329-7879
City                    State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0000
**When was the debt incurred?**  _____

$ 5,500.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

**4.2**
American Express

Nonpriority Creditor's Name
1801 NW 66th Ave
Number        Street
Ste 103A

Fort Lauderdale        FL        33313
City                    State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  5002
**When was the debt incurred?**  _____

$ 1,950.19

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

**4.3**
APS

Nonpriority Creditor's Name
MS3200
Number        Street
PO Box 53933

Phoenix            AZ        85072-3933
City                    State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  1000
**When was the debt incurred?**  03/31/2020

$ 889.15

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Utility Services

| Debtor 1 | Joseph Carl Mulac III | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

### 4.4 Banana Republic

Nonpriority Creditor's Name

Synchrony Bank

Number          Street
PO Box 530942

Atlanta                          GA          30353-9042
City                                State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5165

When was the debt incurred? _____

$ 84.33

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

### 4.5 Bank of America

Nonpriority Creditor's Name

PO Box 982234

Number          Street

El Paso                          TX          79998-2234
City                                State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5843

When was the debt incurred? _____

$ 18,776.92

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

### 4.6 Chase

Nonpriority Creditor's Name

PO Box 6294

Number          Street

Carol Stream                    IL          60197-6294
City                                State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  4679

When was the debt incurred? _____

$ 5,300.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

| Debtor 1 | Joseph Carl Mulac III | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.7** Chase

Nonpriority Creditor's Name

PO Box 15123

Number        Street

Wilmington            DE        19850-5123

City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5129

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 10,300.00

---

**4.8** CSL Riverbend, LLC

Nonpriority Creditor's Name

c/o Fennemore Craig

Number        Street

2394 E Camelback Rd Ste 600

Phoenix                AZ        85016-3429

City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Judgment Liens

$ 1,225,000.00

---

**4.9** Darren Sutton & Dean Harrell

Nonpriority Creditor's Name

Kahuna Group

Number        Street

5615 Potter Rd

Matthews              NC        28104

City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

$ 3,444,094.00

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.10**   Dillards
Nonpriority Creditor's Name

Wells Fargo
Number    Street
PO Box 51193

Los Angeles    CA    90051-5493
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   9516

When was the debt incurred? _____

$ 1,300.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card Debt

---

**4.11**   Edward J. Novak Jr. & Jodee L. Novak
Nonpriority Creditor's Name

46 Wellington Court
Number    Street

Yorktown Heights    NY    10598
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   9/06/2017

$ 160,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Monies Loaned / Advanced

---

**4.12**   Epcor Water
Nonpriority Creditor's Name

15626 N Del Webb Blvd
Number    Street

Sun City    AZ    85351-1602
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   4456

When was the debt incurred?   03/31/2020

$ 333.06

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Utility Services

| Debtor 1 | Joseph Carl Mulac III | | | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.13** Greenspoon Marder
Nonpriority Creditor's Name
Attn: Sharon Urias, Esq.
Number     Street
8585 E Hartford Dr #700

Scottsdale                AZ        85255
City                      State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?     _____

$ 10,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Attorneys' Fees

---

**4.14** J Crew
Nonpriority Creditor's Name
PO Box 659704
Number     Street

San Antonio               TX        78265-9704
City                      State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  3413
When was the debt incurred?     _____

$ 494.25

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

**4.15** LKY Investments, LLC
Nonpriority Creditor's Name
5040 E Shea Blvd
Number     Street
Ste 254

Scottsdale                AZ        85254
City                      State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?     _____

$ 6,638,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

| Debtor 1 | Joseph Carl Mulac III | | | Case number (*if known*) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | **Total claim** |
|---|---|---|---|---|

**4.16**  Mutual of Omaha Bank

Nonpriority Creditor's Name

1299 Farnam Street

Number          Street

Suite 1400

Omaha                          NE          68102

City                          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **4001**

**When was the debt incurred?**  _____

$ 262,950.33

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Line of Credit

---

**4.17**  Neiman Marcus

Nonpriority Creditor's Name

PO Box 5235

Number          Street

Carol Stream                  IL          60197-5235

City                          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **8301**

**When was the debt incurred?**  _____

$ 1,105.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

**4.18**  Nordstrom

Nonpriority Creditor's Name

PO Box 79139

Number          Street

Phoenix                        AZ          85062-9139

City                          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **0472**

**When was the debt incurred?**  _____

$ 2,500.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

| Debtor 1 | Joseph Carl Mulac III | | | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

|  | | | Total claim |
|---|---|---|---|
| **4.19** | Perkins Coie | | |
| | Nonpriority Creditor's Name | Last 4 digits of account number | $ 29,985.16 |
| | 2901 N Central Ave | When was the debt incurred? | |
| | Number        Street | | |
| | Ste 2000 | | |

| Phoenix | AZ | 85012-2788 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Attorneys' Fees & Costs

---

| **4.20** | Putnam Leasing | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number  6732 | $ 65,550.00 |
| | 500 West Putnam Ave | When was the debt incurred? | |
| | Number        Street | | |

| Greenwich | CT | 06830 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Deficiency Balance

---

| **4.21** | R. Dean Harrell | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number | $ 1,722,047.00 |
| | NEED FULL ADDRESS | When was the debt incurred? | |
| | Number        Street | | |

| Union County | NC | |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

---

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one
nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already
included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured
claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.22**   Republic Services

Nonpriority Creditor's Name

PO Box 78829

Number    Street

Last 4 digits of account number   1031      $ 239.59

When was the debt incurred? _____

Phoenix      AZ    85062-8829

City    State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Utility Services

---

**4.23**   RLS Capital

Nonpriority Creditor's Name

4455 E Camelback Rd

Number    Street

Ste D135

Phoenix      AZ    85018

City    State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    $ 0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify

---

**4.24**   Southwest Gas

Nonpriority Creditor's Name

PO Box 24531

Number    Street

Oakland      CA    94623-1531

City    State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   9002      $ 127.51

When was the debt incurred?   03/31/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Utility Services

| Debtor 1 | Joseph Carl Mulac III | | | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.25**

| US Bank | | | |
|---|---|---|---|
| Nonpriority Creditor's Name | | | |
| PO Box 790408 | | | |
| Number | Street | | |

Last 4 digits of account number  **0676**

When was the debt incurred?  _____

$ **5,197.41**

| St. Louis | MO | 63179-0408 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

**4.26**

| Village Health Clubs & Spas | | | |
|---|---|---|---|
| Nonpriority Creditor's Name | | | |
| DC Ranch | | | |
| Number | Street | | |
| 18501 N Thompson Peak Pkwy | | | |

Last 4 digits of account number  **8000**

When was the debt incurred?  _____

$ **1,031.24**

| Scottsdale | AZ | 85255 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Health Club Membership

---

**4.27**

| Western Surety Company | | | |
|---|---|---|---|
| Nonpriority Creditor's Name | | | |
| 8100 Sandpiper Circle | | | |
| Number | Street | | |
| Ste 204 | | | |

Last 4 digits of account number  _____

When was the debt incurred?  _____

$ **15,000.00**

| Nottingham | MD | 21236 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Surety Bond

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

APS

Name

400 N 5th St

Number   Street

Phoenix    AZ    85004

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.3 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   1000

---

American Express

Name

PO Box 297879

Number   Street

Ft. Lauderdale    FL    33329-78:

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.2 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   5002

---

Amy Abdo, Esq./Scott Day Freeman, Esq.

Name

Fennemore Craig

Number   Street

2394 E Camelback Rd Ste 600

Phoenix    AZ    85016-34:

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.8 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Dillards Card Services

Name

PO Box 5132

Number   Street

Sioux Falls    SD    57117-51:

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.10 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   9516

---

Epcor Water

Name

PO Box 80036

Number   Street

Prescott    AZ    86304-80:

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.12 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   4456

---

Kahuna Group

Name

Attn: Kenneth Helms, Esq.

Number   Street

314 North Haney St., PO Drawer 99

Monroe    NC    28111-00(

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.9 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Kazlow Fields

Name

8100 Sandpiper Circle

Number   Street

Ste 204

Nottingham    MD    21236

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.27 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Debtor 1 | Joseph Carl Mulac III | | | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Nordstrom
_Name_

1600 Seventh Ave
_Number_    _Street_

Suite 2600

Seattle      WA      98101
_City_      _State_      _ZIP Code_

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   0472

---

Synchrony Bank/Gap
_Name_

PO Box 965004
_Number_    _Street_

Orlando      FL      32896-50(
_City_      _State_      _ZIP Code_

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.4** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
            ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number   5165

---

US Bank
_Name_

PO Box 108
_Number_    _Street_

St. Louis      MO      63166-01(
_City_      _State_      _ZIP Code_

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.25** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
            ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number   0676

---

Village Health Club & Spas
_Name_

Gainey Ranch
_Number_    _Street_

7477 E Doubletree Ranch Rd

Scottsdale      AZ      85258
_City_      _State_      _ZIP Code_

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.26** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
            ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number   8000

---

_Name_

_Number_    _Street_

_City_      _State_      _ZIP Code_

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
            ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number

---

_Name_

_Number_    _Street_

_City_      _State_      _ZIP Code_

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
            ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number

---

_Name_

_Number_    _Street_

_City_      _State_      _ZIP Code_

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
            ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.

**Total claim**

| Total claims from Part 1 | 6a. **Domestic support obligations** | 6a. | $ | 0.00 |
| --- | --- | --- | --- | --- |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ | 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claim**

| Total claims from Part 2 | 6f. **Student loans** | 6f. | $ | 0.00 |
| --- | --- | --- | --- | --- |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ | 13,627,755.14 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ | 13,627,755.14 |

| Debtor | Joseph Carl Mulac III | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if filing) | Mary Ellen  Mulac | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the District of Arizona

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

2.1
Name _____
Street _____
City _____ State ____ ZIP Code ____

2.2
Name _____
Street _____
City _____ State ____ ZIP Code ____

2.3
Name _____
Street _____
City _____ State ____ ZIP Code ____

2.4
Name _____
Street _____
City _____ State ____ ZIP Code ____

2.5
Name _____
Street _____
City _____ State ____ ZIP Code ____

| Debtor 1 | Joseph Carl Mulac III | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Mary Ellen Mulac | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Arizona

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106H
# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number        Street

   _____
   City                State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D,* *Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1: Your codebtor*

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | Joseph Carl Homes LLC | |
|---|---|---|
| | Name | ☐ Schedule D, line _____ |
| | _____ | ☑ Schedule E/F, line 4.8 |
| | Street | ☐ Schedule G, line _____ |
| | _____ | |
| | City        State        ZIP Code | |

| 3.2 | Joseph Carl Homes LLC | |
|---|---|---|
| | Name | ☐ Schedule D, line _____ |
| | _____ | ☑ Schedule E/F, line 4.15 |
| | Street | ☐ Schedule G, line _____ |
| | _____ | |
| | City        State        ZIP Code | |

| 3.3 | Joseph Carl Homes LLC | |
|---|---|---|
| | Name | ☐ Schedule D, line _____ |
| | _____ | ☑ Schedule E/F, line 4.21 |
| | Street | ☐ Schedule G, line _____ |
| | _____ | |
| | City        State        ZIP Code | |

Case 2:20-bk-04173-BKM    Doc 1    Filed 04/22/20    Entered 04/22/20 09:20:20    Desc
Main Document      Page 54 of 111

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|

Check all schedules that apply:

**3.4**  Joseph Carl Homes LLC

Name

☐ Schedule D, line _____
☑ Schedule E/F, line  4.16
☐ Schedule G, line _____

Street

City    State    ZIP Code

**3.__**

Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Street

City    State    ZIP Code

**3.__**

Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Street

City    State    ZIP Code

**3.__**

Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Street

City    State    ZIP Code

**3.__**

Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Street

City    State    ZIP Code

**3.__**

Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Street

City    State    ZIP Code

**3.__**

Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Street

City    State    ZIP Code

**3.__**

Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Street

City    State    ZIP Code

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Joseph Carl Mulac III |
| | First Name   Middle Name   Last Name |
| Debtor 2 | Mary Ellen  Mulac |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | District of Arizona |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| **Occupation** | | Babysitting | Senior Caregiver |
| **Employer's name** | | Stephanie & Carl Mulac | Home Instead Senior Care |
| **Employer's address** | | 3271 E Donald Dr | 2501 N Hayden Rd |
| | | Number   Street | Number   Street  Ste 102 |
| | | Phoenix, AZ 85050 | Scottsdale, AZ 85257 |
| | | City   State   ZIP Code | City   State   ZIP Code |
| **How long employed there?** | | 4 Months | 1 week |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 866.67 | $ 600.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 866.67 | $ 600.00 |

Case 2:20-bk-04173-BKM    Doc 1    Filed 04/22/20    Entered 04/22/20 09:20:20    Desc
Main Document        Page 56 of 111

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

**Debtor 1**  Joseph Carl Mulac III
First Name    Middle Name    Last Name

Case number *(if known)*_____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ...................................................➔ | 4. | $ 866.67 | $ 600.00 |

5. List all payroll deductions:

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| _____ | | $ | $ |
| _____ | | $ | $ |
| _____ | | $ | $ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ 0.00 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 866.67 | $ 600.00 |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 866.67 + $ 600.00 = | $ 1,466.67 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____  11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies   12.   $ 1,466.67
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.   Co-Debtor is started a job at a Senior Care Facility on 04/11/2020 and will also be working at Montessori
☑ Yes. Explain:   School after the stay at home order is lifted and school resumes

Case 2:20-bk-04173-BKM    Doc 1    Filed 04/22/20    Entered 04/22/20 09:20:20    Desc
Main Document    Page 57 of 111

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Joseph Carl Mulac III | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Mary Ellen Mulac | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of Arizona | | |
| | | | (State) |
| Case number (if known) | _____ | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 23 | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 23,929.62 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 1,200.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 1,400.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 800.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 730.00 |
| | 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 1,000.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 300.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 50.00 |
| 10. | **Personal care products and services** | 10. | $ 150.00 |
| 11. | **Medical and dental expenses** | 11. | $ 150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. | $ 700.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 100.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 225.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify: _____ | 17c. | $ 0.00 |
| | 17d. Other. Specify: _____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: _____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

21. **Other.** Specify: Storage Unit                                          21.  +$        278.00

Pet Care/Food                                                                    +$        150.00

Security System                                                                  +$         49.00

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                              22a.  $      31,211.62

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a   22b.  $

and 22b. The result is your monthly expenses.                            22c.  $      31,211.62

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.     23a.  $       1,466.67

23b. Copy your monthly expenses from line 22c above.                     23b.  −$      31,211.62

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.                                 23c.  $     -29,744.95

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

Fill in this information to identify your case:

Debtor 1    Joseph Carl Mulac III
            First Name          Middle Name          Last Name

Debtor 2    Mary Ellen  Mulac
(Spouse, if filing)  First Name    Middle Name          Last Name

United States Bankruptcy Court for the District of Arizona

Case number
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Joseph Carl Mulac III                    ✗ /s/ Mary Ellen  Mulac
Signature of Debtor 1                            Signature of Debtor 2

Date _____                            Date  4-22-20
      MM / DD  /  YYYY                                  MM / DD  /  YYYY

**Fill in this information to identify your case:**

Debtor 1    Joseph Carl Mulac III
            First Name      Middle Name      Last Name

Debtor 2    Mary Ellen  Mulac
(Spouse, if filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the:  District of Arizona

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy        4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| 7411 E Jackrabbit Rd | From 05/2005 | _____ | From _____ |
| Number      Street | To 04/2020 | Number   Street | To _____ |
| Scottsdale        AZ    85250 | | _____ | |
| City        State   ZIP Code | | City        State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ | From _____ | _____ | From _____ |
| Number      Street | To _____ | Number   Street | To _____ |
| _____ | | _____ | |
| City        State   ZIP Code | | City        State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $ 0.00 | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $ 3,000.00 |
| **For last calendar year:** (January 1 to December 31, 2019 ) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ 0.00 |
| **For the calendar year before that:** (January 1 to December 31, 2018 ) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ 0.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:** (January 1 to December 31, _____) | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:** (January 1 to December 31, _____) | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage  ☐ Car  ☐ Credit card  ☐ Loan repayment  ☐ Suppliers or vendors  ☐ Other _____ |
| Number    Street _____ | _____ |  |  |  |
| _____ | _____ |  |  |  |
| City    State    ZIP Code |  |  |  |  |
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage  ☐ Car  ☐ Credit card  ☐ Loan repayment  ☐ Suppliers or vendors  ☐ Other _____ |
| Number    Street _____ | _____ |  |  |  |
| _____ | _____ |  |  |  |
| City    State    ZIP Code |  |  |  |  |
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage  ☐ Car  ☐ Credit card  ☐ Loan repayment  ☐ Suppliers or vendors  ☐ Other _____ |
| Number    Street _____ | _____ |  |  |  |
| _____ | _____ |  |  |  |
| City    State    ZIP Code |  |  |  |  |

Case 2:20-bk-04173-BKM    Doc 1    Filed 04/22/20    Entered 04/22/20 09:20:20    Desc
Main Document    Page 64 of 111

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

   | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|
   | Insider's Name | | $ | $ | |
   | Number    Street | | | | |
   | | | | | |
   | City                    State    ZIP Code | | | | |
   | Insider's Name | | $ | $ | |
   | Number    Street | | | | |
   | | | | | |
   | City                    State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

   | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
   |---|---|---|---|---|
   | Insider's Name | | $ | $ | |
   | Number    Street | | | | |
   | | | | | |
   | City                    State    ZIP Code | | | | |
   | Insider's Name | | $ | $ | |
   | Number    Street | | | | |
   | | | | | |
   | City                    State    ZIP Code | | | | |

Case 2:20-bk-04173-BKM    Doc 1    Filed 04/22/20    Entered 04/22/20 09:20:20    Desc
Main Document    Page 65 of 111

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: CSL Riverbend LLC v. Joseph Carl Homes LLC, et al. | ; Date filed: 06/17/2019 | Maricopa County, Arizona Superior Court <br> Court Name <br><br> 101/201 W Jefferson <br> Number   Street <br><br> Phoenix    AZ    85003 <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number CV2019-009999 | | | |
| Case title: | | Court Name <br><br> Number   Street <br><br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number _____ | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.   Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name <br><br> Number   Street <br><br> City    State    ZIP Code | **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _____ | $_____ |
| Creditor's Name <br><br> Number   Street <br><br> City    State    ZIP Code | **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _____ | $_____ |

Case 2:20-bk-04173-BKM    Doc 1    Filed 04/22/20    Entered 04/22/20 09:20:20    Desc
Main Document     Page 66 of 111

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number   Street | | _____ | $_____ |
| City      State   ZIP Code | Last 4 digits of account number: XXXX– | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

### Part 5:   List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | Debtor helped support his elderly mother by contributing $2,000 per month from March 2018 through March 2019. | | |
| Joan Mulac | | 03/2018 | $ 24,000.00 |
| Person to Whom You Gave the Gift | | | |
| 4500 Waterside Drive | | _____ | $ 0.00 |
| Number   Street | | | |
| Frederick     MD   21701 | | | |
| City      State   ZIP Code | | | |
| Person's relationship to you   Mother | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | Money given to daughter to help with car payment and living expenses from January-December 2018 | | |
| Jenna Mulac | | 12/2018 | $ 9,805.00 |
| Person to Whom You Gave the Gift | | | |
| | | _____ | $ 0.00 |
| Number   Street | | | |
| City      State   ZIP Code | | | |
| Person's relationship to you   Daugher | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

❑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number    Street | | | |
| _____<br>City    State    ZIP Code | | | |

---

### Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

❑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

### Part 7:   List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❑ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Edwin B. Stanley, Esq.<br>Person Who Was Paid | Attorneys' Fees | | |
| Simbro & Stanley PLC<br>Number   Street | | 03/16/2020 | $ 3,900.00 |
| 8767 E Via de Commercio, #103 | | | |
| Scottsdale    AZ    85258<br>City    State    ZIP Code | | _____ | $_____ |
| _____<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| James E. Cross | | | |
| Person Who Was Paid | | 02/2020 | $ 350.00 |
| | | | |
| Number   Street | | | $ |
| | | | |
| City   State   ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| | | | |
| Number   Street | | | $ |
| | | | |
| City   State   ZIP Code | | | |

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| My Sister's Closet | SEE ATTACHED SCHEDULE SOFA-18, $0.00 | Consignment | |
| Person Who Received Transfer | | | 01/06/2020 |
| Number   Street | | | |
| | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |
| ED Marshall Jewelers | Men's Sea Dweller Rolex Watch, $11,000.00 | 11,000.00 | |
| Person Who Received Transfer | | | 05/24/2019 |
| 10261 N Scottsdale Rd | | | |
| Number   Street | | | |
| Paradise Valley   AZ   85253 | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you  None | | | |

# SCHEDULE SOFA-18

# Consignor Status Report

**From Date:** 12-16-2019
**To Date:** 03-15-2020

**Customer ID:** 103041

7411 E JACKRABBIT
SCOTTSDALE, AZ 85250

**Prior Customer #:** 42353

MARY MULAC

| Trade | Cash |
|---|---|
| 1,095.99 | 2,615.06 |

## Consignor Payouts/Store Credit Used

| Date | Store | Transaction | Intake By | Trade | Cash |
|---|---|---|---|---|---|
| 02/08/2020 | 4 | 76579 | Credit Used | 113.28 | 92.68 |
| 12/20/2019 | 2 | | Payout | 1,254.71 | 1,026.60 |

*Cashed out*    *MArch*    *2600*

## Intake

| Date | Store | Transaction # | Desc | Quantity | Intake by | Age (Days) |
|---|---|---|---|---|---|---|
| 03/3/2020 | 10 | 01054798 | | 9 | 46664 | 2 |
| 03/3/2020 | 2 | 002228448 | | 1 | 206207 | 2 |
| 03/5/2020 | 10 | 01054618 | | 1 | 344572 | 10 |
| 03/05/2020 | 2 | 002227696 | | 3 | 206207 | 10 |
| 03/20/2020 | 4 | 00446692 | | 4 | A0872 | 24 |

| Date | Store | Brand | Dept | Type | Class | Item # | Description | Color | Size | Age(Days) | Trade | Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0?/24/2020 | 10 | NIKE | WS | BASIC SHOES | ATHLETIC SHOES | 8543060 | 10 PEGASUS 31 | YELL | 13 | 22 | 14.83 | 12.13 |
| 0?/24/2020 | 4 | OTHER | MSA | CANDLEHOLDERS | CANDLEHOLDER | 1040113436 | PAIR OF GOLDEN CANDLEHOLDERS | | | 35 | 13.17 | 10.78 |
| 0?/3/2020 | 4 | OTHER | MSA | POTTERY/CERAMIC | POTTERY/CERAMIC | 8581356 | PAINTED CERAMIC ASIAN URN W LID | | | 1 | 15.92 | 13.03 |
| 0?/3/2020 | 4 | OTHER | MSA | POTTERY/CERAMIC | POTTERY/CERAMIC | 8581086 | PAINTED ASIAN CERAMIC URN | | | 1 | 18.67 | 15.28 |
| 0?/22/2020 | 10 | ASICS | WS | BASIC SHOES | ATHLETIC SHOES | 8543071 | 10 | BLUE | 12 | 20 | 13.17 | 10.78 |
| 0?/0/2020 | 10 | GUCCI | WS | DESIGNER CLOTHING | SHORT SLEEVE | 1100037449 | PLANE COTTON TEE | RED | XXL | 64 | 79.20 | 64.80 |
| 0?/28/2020 | 2 | VANESSA VIRGINIA | MSC | FAVORITE CLOTHING | SHORT DRESS | 8529283 | 02 SP AS IS STRAP PRNT | MULTI | SMALL | 24 | 9.07 | 7.42 |
| 03/07/2020 | 10 | BRIONI | WS | DESIGNER SHOES | SHOES | 1100038342 | SP LTHR LOAFER | BLACK | 12.5 | 22 | 79.20 | 64.80 |
| 03/06/2020 | 4 | OTHER | MSA | MISCELLANEOUS | MISCELLANEOUS | 1040113435 | SET OF 3 GOLDEN FINALS | | | 27 | 9.90 | 8.10 |

Items Sold

| Date | | | | |
|---|---|---|---|---|
| 02/14/2020 | 2 | 01053076 | 430404 | 30 |
| 02/14/2020 | 9 | 00446599 | A0872 | 30 |
| 01/23/2020 | 3 | 00446158 | A0872 | 52 |
| 0?/06/2020 | 1 | 002218426 | A1001 | 69 |
| 0?/06/2020 | 1 | 002218425 | A1001 | 69 |
| 03/06/2020 | 3 | 002218422 | A1001 | 69 |
| 0?/06/2020 | 3 | 00445781 | A0872 | 69 |

| Date | Qty | Brand | Dept | Category | Subcategory | SKU | Description | Color | Size | Qty | Price | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/06/2020 | 10 | OTHER | WS | DESIGNER ACCESSORIES | WALLET | 1100038476 | CHROME HEARTS LEATHER RT 500 | BLACK | | 16 | 68.20 | 55.80 |
| 03/04/2020 | 2 | OTHER | MSC | BASIC ACCESSORIES | SCENT | 1020208923 | RET300 OUD MAISON FRANCIS KURKDJIAN 70ML | GREY | | 16 | 32.42 | 26.53 |
| 03/2/2020 | 10 | VANS | WS | BASIC SHOES | ATHLETIC SHOES | 8543057 | 10 ULTRA RANGE | YELL | 13 | 10 | 10.42 | 8.53 |
| 02/29/2020 | 10 | NIKE | WS | BASIC SHOES | ATHLETIC SHOES | 8543045 | 10 LUNAR ECLIPSE 5 | ORNG | 13 | 8 | 18.67 | 15.28 |
| 02/29/2020 | 4 | SUR LA TABLE | MSA | DISHES | DISHWARE | 1040114077 | SET 4 LION HEAD SOUP BOWLS | | | 9 | 15.92 | 13.03 |
| 02/28/2020 | 10 | NEW BALANCE | WS | BASIC SHOES | ATHLETIC SHOES | 8543062 | 10 | BLACK | 11.5 | 7 | 10.42 | 8.53 |
| 02/26/2020 | 4 | OTHER | MSA | MISCELLANEOUS | MISCELLANEOUS | 1040113758 | SET 4 OVERSIZED CHESS PIECES | | | 12 | 26.92 | 22.03 |
| 02/26/2020 | 4 | NEIMAN MARCUS | MSA | MISCELLANEOUS | MISCELLANEOUS | 1040114344 | TUSCAN TRINKED BOX | | | 0 | 18.67 | 15.28 |
| 02/26/2020 | 4 | OTHER | MSA | MISCELLANEOUS | MISCELLANEOUS | 1040113433 | RESIN TUSCAN URN | | | 18 | 15.92 | 13.03 |
| 02/25/2020 | 10 | NIKE | WS | DESIGNER SHOES | ATHLETIC SHOES | 1100038357 | SP RT 255 VAPOR MAX SNAKER | GREY | 13 | 11 | 48.92 | 40.03 |
| 02/24/2020 | 10 | OTHER | WS | BASIC SHOES | SANDAL | 8543065 | 10 SPENCO | BLUE | 11 | 3 | 9.07 | 7.42 |
| 02/24/2020 | 10 | GUCCI | WS | DESIGNER SHOES | BOOTS | 1100038343 | SPRT 2000+ OSTRICH ANKLE BOOT | BROWN | 12 | 10 | 271.70 | 222.30 |
| 02/3/2020 | 4 | RIEDEL | MSA | GLASSWARE | GLASSWARE | 1040114079 | SINGLE MALT WHISKEY GLASSES | | | 3 | 13.17 | 10.78 |
| 02/3/2020 | 10 | NIKE | WS | BASIC SHOES | ATHLETIC SHOES | 1100038359 | SP AIR CHUKA SUEDE SNEAKER | TAN | 13 | 9 | 26.92 | 22.03 |
| 02/22/2020 | 4 | OTHER | MSA | MISCELLANEOUS | MISCELLANEOUS | 1040113439 | CARVED BOX DECOR | | | 14 | 18.67 | 15.28 |
| 02/22/2020 | 10 | LOUIS VUITTON | WS | DESIGNER ACCESSORIES | SMALL LEATHER | 1100038408 | DAMIER CELL CASE IPHONE | GREY | | 5 | 68.20 | 55.80 |

| Date | Qty | Brand | Dept | Category | Sub-Category | Item # | Description | Color | Size | Qty | Price | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/21/2020 | 10 | STEFANO RICCI | WS | BASIC ACCESSORIES | SCENT | 1100038438 | 10 EAU DE PARFUM RT600 | GOLD | | 3 | 68.20 | 55.80 |
| 02/21/2020 | 4 | OTHER | MSA | MISCELLANEOUS | MISCELLANEOUS | 1040114080 | GLASS VASE IN METAL STAND | | | 1 | 15.92 | 13.03 |
| 02/20/2020 | 10 | JOHN VARVATOS | WS | BASIC ACCESSORIES | SCENT | 1100038477 | 4.2 FL OZ TOILETTE SPRAY | | | 1 | 26.92 | 22.03 |
| 02/19/2020 | 10 | ADIDAS | WS | BASIC SHOES | ATHLETIC SHOES | 1100038340 | SP EQUIPMENT SNEAKERS | GREY | 13 | 5 | 15.92 | 13.03 |
| 02/18/2020 | 10 | TOM FORD | WS | BASIC ACCESSORIES | SCENT | 1100038437 | 10 NOIR EXTREME 3.4 OZ | BLACK | | 0 | 39.03 | 31.93 |
| 02/18/2020 | 10 | OTHER | WS | BASIC ACCESSORIES | SCENT | 1100038439 | 10 SPICE BOMB ASIS | BLACK | | 0 | 18.67 | 15.28 |
| 02/17/2020 | 10 | BALLY | WS | DESIGNER SHOES | BOOTS | 1100038356 | SP NEW SUEDE ANKLE BOOT | TAUPE | 11 | 3 | 161.70 | 132.30 |
| 02/17/2020 | 10 | GUCCI | WS | DESIGNER SHOES | SHOES | 1100038341 | SP EXOCTIC LOAFER | BROWN | 11 | 3 | 216.70 | 177.30 |
| 02/17/2020 | 10 | ADIDAS | WS | BASIC SHOES | ATHLETIC SHOES | 1100038346 | SP NWT WOVEN STRIPE SNKR | BLACK | 13 | 3 | 18.67 | 15.28 |
| 02/17/2020 | 10 | STEFANO RICCI | WS | BASIC ACCESSORIES | SCENT | 1100037766 | 10 SP AUREUM 4.2 OZ RT$600 | YELL | | 37 | 95.70 | 78.30 |
| 02/16/2020 | 10 | GUCCI | WS | DESIGNER SHOES | SHOES | 1100038349 | SP LEATHER LOAFER | BLACK | 11 | 2 | 205.70 | 168.30 |
| 02/16/2020 | 10 | GUCCI | WS | DESIGNER SHOES | SHOES | 1100038350 | SP EMBOSSED CROC | BLACK | 10.5 | 2 | 216.70 | 177.30 |
| 02/16/2020 | 10 | SALVATORE FERRAGAMO | WS | DESIGNER SHOES | SHOES | 1100038354 | SP EMBOSSED LTHR LOAFER | BROWN | 12 | 2 | 106.70 | 87.30 |
| 02/16/2020 | 10 | NIKE | WS | BASIC SHOES | ATHLETIC SHOES | 1100038352 | SP AIRMAX | GREY | 13 | 2 | 26.92 | 22.03 |
| 02/15/2020 | 2 | ELIZA J | MSC | FAVORITE CLOTHING | SHORT DRESS | 8457737 | 02 SPRING FLOWER PRINT SLVLSS | ORNG | 12 LG | 35 | 13.17 | 10.78 |
| 02/15/2020 | 10 | BALLY | WS | DESIGNER SHOES | ATHLETIC SHOES | 1100038355 | SP PONY HAIR SLIDE | BROWN | 10 | 1 | 106.70 | 87.30 |

| Date | Qty | Brand | Code | Category | Subcategory | Item # | Description | Color | Size | Qty | Price | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15/2020 | 10 | OTHER | WS | BASIC ACCESSORIES | SCENT | 1100037765 | 10 SP BOUCHERON POUR HOMME | YELL | | 35 | 10.42 | 8.53 |
| 02/12/2020 | 1 | ANNE KLEIN | MSC | BASIC JEWELRY | BRACELET | 1010055602 | 01 GLDTN RHNSTN COIL | GOLD | | 105 | 1.51 | 1.24 |
| 02/1/2020 | 4 | OTHER | MSA | MISCELLANEOUS | MISCELLANEOUS | 1040113431 | PAPPER MACHE UMBRELLA STAND | | | 3 | 26.92 | 22.03 |
| 02/1/2020 | 1 | OTHER | MSC | BASIC JEWELRY | NECKLACE | 1010055603 | 01 MONET GLDTN CRCL PEARL DNGL | GOLD | | 104 | 2.89 | 2.36 |
| 02/0/2020 | 4 | OTHER | MSA | POTTERY/CERAMIC | POTTERY/CERAMIC | 1040113437 | AISAN GOLDEN POTTERY VASE | | | 2 | 21.42 | 17.53 |
| 02/0/2020 | 4 | OTHER | MSA | POTTERY/CERAMIC | POTTERY/CERAMIC | 1040113438 | AISAN GOLDEN POTTERY VASE | | | 2 | 21.42 | 17.53 |
| 02/0/2020 | 4 | OTHER | MSA | POTTERY/CERAMIC | POTTERY/CERAMIC | 1040113423 | POTTERY POTTERY RED BOWL W HANDLE | | | 2 | 13.17 | 10.78 |
| 02/09/2020 | 4 | OTHER | MSA | MISCELLANEOUS | MISCELLANEOUS | 1040113434 | RED TUSCAN BRASS CERAMIC VASE | | | 1 | 18.67 | 15.28 |
| 02/8/2020 | 4 | OTHER | MSA | DISHES | DISHWARE | 1040113432 | PAINTED DISH W PLATE | | | 0 | 15.92 | 13.03 |
| 02/27/2020 | 4 | OTHER | MSA | GLASSWARE | GLASSWARE | 1040112541 | PAIR CACTUS MARGARITA GLASSES | | | 15 | 9.90 | 8.10 |
| 02/3/2020 | 10 | OTHER | WS | BASIC CLOTHING | TEE | 8084106 | 12 FUEL SS MOTO TEE | OFF WHT | XXL | 194 | 4.26 | 3.49 |
| 02/1/2020 | 10 | BALLY | WS | DESIGNER CLOTHING | COAT | 1100037448 | RT 1400 CHECK WOOL | BLACK | 48 | 26 | 173.25 | 141.75 |
| 02/1/2020 | 10 | GUCCI | WS | DESIGNER CLOTHING | LEATHER | 1100037447 | RT 3600 ZIP FRONT JACKET | BROWN | LARGE | 26 | 569.25 | 465.75 |
| 02/27/2020 | 10 | OTHER | WS | BASIC CLOTHING | JACKET | 8370669 | 10 KASILD DENIM LS FLEECE LINED | TAN | XXL | 62 | 9.07 | 7.42 |
| 02/26/2020 | 4 | OTHER | MSA | GLASSWARE | GLASSWARE | 1040112540 | SET 6 STEMLESS CHAMPAGNE FLUTES | | | 3 | 13.17 | 10.78 |
| 02/9/2020 | 2 | OTHER | MSC | DESIGNER CLOTHING | JACKET/COAT | 8448626 | 02 DALE DRESSIN COAT FUR TRIM | BLACK | 6 S | 2 | 48.92 | 40.03 |

| Date | Store | Brand | Dept | Typ | Class | Item # | Description | Color | Size | Age (Days) | Trade | Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | 4 | OTHER | MSA | MISCELLANEOUS | MISCELLANEOUS | 1040111652 | JULIA KNIGHT CANDY DISH | | | 3 | 13.17 | 10.78 |
| 01/07/2020 | 4 | MACKENZIE-CHILDS | MSA | COLLECTIBLES | COLLECTIBLES | 1040111651 | PAIR COURTLY CHECK SALT PEPPER | | | 1 | 21.42 | 17.53 |
| 12/28/2019 | 1 | BRIGHTON | MSC | BASIC JEWELRY | NECKLACE | 1010055608 | 01 SLVRTN FX PEARL RHNSTN STATION | SILVER | | 59 | 9.07 | 7.42 |
| 12/21/2019 | 10 | OTHER | WS | DESIGNER CLOTHING | LEATHER | 1100037125 | RT 6000 BERLUTTI LEATHER BOMBER | TAUPE | 48 | 12 | 437.25 | 357.75 |
| 12/21/2019 | 10 | STEFANO RICCI | WS | DESIGNER CLOTHING | LEATHER | 1100037126 | RT 5700 SUEDE SAFARI JKT | BLACK | XL | 12 | 745.25 | 609.75 |
| 12/16/2019 | 10 | ROBERT GRAHAM | WS | DESIGNER CLOTHING | POLO | 8370673 | 10 SS POLO | GREY | XXL | 20 | 21.42 | 17.53 |

## Items On Layaway

| Date | Store | Brand | Dept | Typ | Class | Item # | Description | Color | Size | Age (Days) | Trade | Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Items On Consignment

| Date | Store | Brand | Dept | Type | Class | Item # | Description | Age (days) | Color | Size | Trade | Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/15/2020 | 10 | GUCCI | WS | DESIGNER CLOTHING | SHORT SLEEVE SHIRT | 1100038733 | RT 550+ TIE DYE COTTN TEE | 0 | WHT | XXL | 106.70 | 87.30 |

| Date | Qty | Brand | Code | Category | Subcategory | SKU | Description | Num | Color | Size | Price | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/15/2020 | 2 | 7 FOR ALL MANKIND | MSC | FAVORITE CLOTHING | PANTS | 1020212306 | BLK KNIT LOWRISE SKINNY AS IS | 0 | BLACK | 27 | 13.17 | 10.78 |
| 03/15/2020 | 2 | CARTONNIER | MSC | FAVORITE CLOTHING | PANTS | 1020212307 | BLUE BLK PLAID CHARLIE TROUSER | 0 | BLUE | 6 | 13.17 | 10.78 |
| 03/15/2020 | 2 | MADEWELL | MSC | FAVORITE CLOTHING | TOPS | 1020212308 | RED PRNT CROSS STRAP CAMI | 0 | RED | MED | 13.17 | 10.78 |
| 03/15/2020 | 2 | PAIGE | MSC | FAVORITE CLOTHING | JEANS | 1020212309 | LOWRISE SKINNY 28 | 0 | BLUE | 28 | 13.17 | 10.78 |
| 03/15/2020 | 2 | MADEWELL | MSC | FAVORITE CLOTHING | BLOUSE | 1020212310 | MAGENTA LS W PKT M | 0 | PINK | MED | 13.17 | 10.78 |
| 03/15/2020 | 2 | MADEWELL | MSC | FAVORITE CLOTHING | SHORT DRESS | 1020212311 | BLK GOLD OPN DET NS NWT | 0 | BLACK | 6 | 18.67 | 15.28 |
| 03/15/2020 | 2 | ELLA MOSS | MSC | FAVORITE CLOTHING | TOPS | 1020212312 | OLIVE ORNG TAN PIECED TANK M | 0 | GREEN | MED | 10.42 | 8.53 |
| 03/15/2020 | 2 | FREE PEOPLE | MSC | FAVORITE CLOTHING | SHORT DRESS | 1020212313 | RED MULTI FLRL PLEATED NS | 0 | RED | MED | 18.67 | 15.28 |
| 03/15/2020 | 4 | OTHER | MSA | DISHES | DISHWARE | 1040114345 | CLAY POTTERY GLAZED OLIVE BOWL PLATER | 18 | | | 15.92 | 13.03 |
| 03/15/2020 | 4 | OTHER | MSA | CANDLEHOLDERS | CANDLEHOLDER | 1040114346 | PAIR OF BRONZE FINISH CANDELABRAS | 18 | | | 21.42 | 17.53 |
| 03/15/2020 | 4 | OTHER | MSA | MISCELLANEOUS | MISCELLANEOUS | 1040114342 | SET OF 3 FINALS BLK GLD | 18 | | | 13.17 | 10.78 |
| 03/15/2020 | 4 | OTHER | MSA | CANDLEHOLDERS | CANDLEHOLDER | 1040114343 | OUTDOOR SET 3 CANDLEHOLDERS | 18 | | | 15.92 | 13.03 |
| 03/15/2020 | 99 | CONVERSE | WS | BASIC SHOES | SHOES | 8543109 | 10 | 23 | BLUE | 12 | 9.08 | 7.43 |
| 03/15/2020 | 4 | SUR LA TABLE | MSA | DISHES | DISHWARE | 1040114078 | SET 6 LION HEAD SOUP BOWLS | 24 | | | 24.17 | 19.78 |

Case 2:20-bk-04176-BKM   Doc 5   Filed 04/22/20   Entered 04/22/20 09:20:20   Desc
Main Document    Page 77 of 111

| Date | Qty | Brand | Dept | Category | Sub-Category | Description | SKU | | Color | Size | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20/2020 | 4 | OTHER | MSA | GLASSWARE | GLASSWARE | SET 4 HAND BLOWN GLASSWARE | 1040114074 | 24 | | | 13.17 | 10.78 |
| 02/20/2020 | 4 | OTHER | MSA | GLASSWARE | GLASSWARE | SET 4 HAND BLOWN GLASSWARE | 1040114073 | 24 | | | 13.17 | 10.78 |
| 02/20/2020 | 4 | OTHER | MSA | GLASSWARE | GLASSWARE | SET 4 HAND BLOWN GLASSWARE | 1040114075 | 24 | | | 13.17 | 10.78 |
| 02/04/2020 | 4 | OTHER | MSA | HANGING ITEMS | ART/PRINT | 23X25 METAL GRAPE PRINT | 1040113947 | 30 | | | 26.92 | 22.03 |
| 02/04/2020 | 4 | OTHER | MSA | HANGING ITEMS | ART/PRINT | 23X25 METAL GRAPE PRINT | 1040113948 | 30 | | | 26.92 | 22.03 |
| 02/14/2020 | 4 | OTHER | MSA | MISCELLANEOUS | MISCELLANEOUS | SET 3 CERAMIC FINIALS | 1040113759 | 30 | | | 15.92 | 13.03 |
| 02/14/2020 | 2 | RALPH LAUREN | MSC | DESIGNER HANDBAG | TOTE | RET5950 COOPER LRG BELTED DUAL | 1020208860 | 30 | BROWN | | 1,946.10 | 1,796.40 |
| 02/04/2020 | 10 | OTHER | WS | BASIC SHOES | ATHLETIC SHOES | SP DRAGO BEARD SNEAKERS | 1100038358 | 30 | RED | 11 | 18.67 | 15.28 |
| 02/04/2020 | 10 | OTHER | WS | DESIGNER SHOES | ATHLETIC SHOES | SP BERLUTTI SUEDE LTHR SNEAKER | 1100038353 | 30 | GREY | 11 | 205.70 | 168.30 |
| 02/04/2020 | 10 | SALVATORE FERRAGAMO | WS | DESIGNER SHOES | SHOES | SP WINGTIP MONK STRAP | 1100038351 | 30 | BLACK | 12 | 54.42 | 44.53 |
| 02/04/2020 | 10 | SALVATORE FERRAGAMO | WS | DESIGNER SHOES | BOOTS | SP RT 875 ANKLE BOOT | 1100038347 | 30 | BLACK | 11 | 161.70 | 132.30 |
| 02/04/2020 | 10 | OTHER | WS | DESIGNER SHOES | BOOTS | SP SUEDE ANKLE BOOT | 1100038348 | 30 | TAUPE | 12 | 32.42 | 26.53 |
| 02/04/2020 | 10 | GUCCI | WS | DESIGNER SHOES | SHOES | SP MONK STRAP GUCCY | 1100038345 | 30 | BLACK | 12 | 436.70 | 357.30 |
| 02/04/2020 | 10 | BALLY | WS | DESIGNER SHOES | SHOES | SP AS IS MONK STRAP | 1100038344 | 30 | BLACK | 11 | 68.20 | 55.80 |

| Date | Store | Brand | Dept | Type | Class | Item # | Description | | Color | Size | Age(Days) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/08/2020 | 4 | OTHER | MSA | MISCELLANEOUS | MISCELLANEOUS | 1040113430 | RESIN GOLDEN URN VASE | 36 | | | 13.17 | 10.78 |
| 01/23/2020 | 4 | OTHER | MSA | GLASSWARE | GLASSWARE | 1040112538 | GLASSES | 52 | | | 13.17 | 10.78 |
| 0?/1/2020 | 99 | DAVID MEISTER | MSC | DESIGNER CLOTHING | SHORT DRESS | 8457746 | 02 SPRING TEXTURED BELTED SLVLSS | 64 | WHT | 6 S | 37.92 | 31.03 |
| 0?/1/2020 | 99 | KATE SPADE | MSC | DESIGN BOUTIQUE | | 8457732 | 02 SPRING SLVLSS DRESS | 64 | BLACK | 4 S | 54.42 | 44.53 |
| 0?/1/2020 | 99 | LILLY PULITZER | MSC | FAVORITE CLOTHING | SHORT DRESS | 8457734 | 02 SPRING RUFFLE SLV SS | 64 | BLUE | SMALL | 18.67 | 15.28 |
| 0?/11/2020 | 99 | ELIZA J | MSC | FAVORITE CLOTHING | SHORT DRESS | 8457738 | 02 SPRING FLOWER PRINT SLVLSS | 64 | BLUE | 6 S | 13.17 | 10.78 |
| 0?/11/2020 | 99 | OTHER | MSC | DESIGNER CLOTHING | SHORT DRESS | 8457743 | 02 SPRING TERI JON PEPLUM | 64 | MULTI | 4 S | 32.42 | 26.53 |
| 0?/6/2020 | 10 | OTHER | WS | DESIGNER ACCESSORIES | | 1100037534 | SP RT 3000 LEATHER MINI SCRITTO | 69 | BLACK | | 491.70 | 402.30 |
| 0?/?/2020 | 10 | FENDI | WS | DESIGNER ACCESSORIES | BRIEFCASE | 1100037533 | SP LTHER STUDED | 69 | BLACK | | 1,096.70 | 897.30 |

Items Donated

| Date | Store | Brand | Dept | Type | Class | Item # | Description | Color | Size | Age(Days) |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/20/2020 | 2 | TRINA TURK | MSC | FAVORITE CLOTHING | SHORT DRESS | 8448627 | 02 KEYHOLE SLVLSS | GREY | SMALL | 50 |

Items Picked Up by Consignor

| Date | Store | Brand | Dept | Type | Class | Item # | Description | Color | Size | Age(Days) |
|------|-------|-------|------|------|-------|--------|-------------|-------|------|-----------|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | | Date transfer was made |
|---|---|---|---|
| Name of trust | | | _____ |

---

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution<br><br>Number   Street<br><br>City          State     ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution<br><br>Number   Street<br><br>City          State     ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br><br>Number   Street<br><br>City          State     ZIP Code | Name<br><br>Number   Street<br><br>City     State     ZIP Code | | ☐ No<br>☐ Yes |

Case 2:20-bk-04173-BKM    Doc 1    Filed 04/22/20    Entered 04/22/20 09:20:20    Desc
Main Document        Page 81 of 111

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Storage Now<br>Name of Storage Facility | Debtors<br>Name | Christmas decorations, daughter's furniture, old files, mini refrigerator, etc. | ☐ No<br>☑ Yes |
| 8355 E McDonald<br>Number   Street | Number   Street | | |
| Scottsdale    AZ    85250<br>City    State    ZIP Code | City State   ZIP Code | | |

---

**Part 9:**    Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Daughter<br>Owner's Name | | Furniture | $ Unknown |
| Number   Street | Storage Unit<br>Number   Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

Case 2:20-bk-04173-BKM    Doc 1    Filed 04/22/20    Entered 04/22/20 09:20:20    Desc
Main Document    Page 82 of 111

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number   Street | Number   Street | | |
| | City          State   ZIP Code | | |
| City          State     ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| | Number   Street | | ☐ Concluded |
| Case number | City          State   ZIP Code | | |

---

**Part 11:      Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Joseph Carl Homes LLC | Home Builder | Do not include Social Security number or ITIN. |
| **Business Name** | | |
| 7904 E Chaparral Rd | | EIN: _3_ _7_ – _1_ _8_ _6_ _8_ _6_ _5_ _3_ |
| **Number   Street** | | |
| | | Dates business existed |
| | **Name of accountant or bookkeeper** | |
| Scottsdale          AZ      85250 | | From _01/01/2018_   To _12/31/2019_ |
| **City          State     ZIP Code** | | |
| | **Describe the nature of the business** | Employer Identification number |
| Joseph Carl Construction | Home Builder | Do not include Social Security number or ITIN. |
| **Business Name** | | |
| 7904 E Chaparral Rd | | EIN: _8_ _2_ – _5_ _1_ _4_ _9_ _4_ _8_ _0_ |
| **Number   Street** | | |
| | | Dates business existed |
| | **Name of accountant or bookkeeper** | |
| Scottsdale          AZ      85250 | | From _01/01/2018_      To _12/31/2019_ |
| **City          State     ZIP Code** | | |

|  | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Business Name** |  | EIN: __ __ - __ __ __ __ __ __ __ |
| **Number    Street** |  | Dates business existed |
|  | Name of accountant or bookkeeper | From _____    To _____ |
| **City            State    ZIP Code** |  |  |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

|  | Date issued |
|---|---|
| **Name** | **MM / DD / YYYY** |
| **Number    Street** |  |
| **City            State    ZIP Code** |  |

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/ Joseph Carl Mulac III                            ✖ /s/ Mary Ellen Mulac
**Signature of Debtor 1**                               **Signature of Debtor 2**

Date __4/22/20__                                        Date __4-22-20__

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

## Continuation Sheet for Official Form 107

**13) Gifts**

**Person to Whom you Gave the Gift:**

Jenna Mulac

**Person's relationship to you: Daughter**

**Describe the gifts: Money given to daughter to help with car payment and living expenses from January-October 2019**

**Dates you gave the gifts: 10/2019 Value: $6,020.00**

---

**18) Transfers within 2 years**

**Person Who Received Transfer:**

North Scottsdale Loan and Gun

7126 E Shea Blvd #A

Scottsdale, AZ 85254

**Person's relationship to you: None**

**Description and value of property transferred: Semi-Automatic Dan Wesson Discretion Pistol, Semi-Automatic Benelli M4 Shotgun, $1,403.50**

**Describe any property or payments received or debts paid in exchange: 1403.50**

**Date transfer was made: 02/13/2020**

---

**Person Who Received Transfer:**

North Scottsdale Loan and Guns

7126 E Shea Blvd #A

Scottsdale, AZ 85254

**Person's relationship to you: None**

**Description and value of property transferred: Semi-Automatic Dan Wesson Wraith Pistol, $1,003.50**

**Describe any property or payments received or debts paid in exchange: 1003.50**

**Date transfer was made: 12/20/2019**

---

**Person Who Received Transfer:**

Joseph Carl Mulac III & Mary Ellen Mulac

Debtor 1 _____     Case number (if known)_____
           First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 107

North Scottsdale Loan and Guns

7126 E Shea Blvd #A

Scottsdale, AZ 85254

Person's relationship to you: None

Description and value of property transferred: Semi-Automatic HK MR762A1 Rifle, $3,003.50

Describe any property or payments received or debts paid in exchange: 3003.50

Date transfer was made: 11/27/2019

---

Person Who Received Transfer:

ED Marshall Jewelers

10261 N Scottsdale Rd

Paradise Valley, AZ 85253

Person's relationship to you: None

Description and value of property transferred: Hublox Watch, $13,400.00

Describe any property or payments received or debts paid in exchange: 13400.00

Date transfer was made: 09/04/2019

---

Person Who Received Transfer:

North Scottsdale Loan and Guns

7126 E Shea Blvd #A

Scottsdale, AZ 85254

Person's relationship to you: None

Description and value of property transferred: Semi-Automatic Wilson Combat Pistol, $1,303.50

Describe any property or payments received or debts paid in exchange: 1303.50

Date transfer was made: 11/15/2019

---

Person Who Received Transfer:

Arizona Piano Company

4134 E Wood St

Joseph Carl Mulac III & Mary Ellen Mulac

Debtor 1 _____    Case number (if known) _____
                First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 107

Phoenix, AZ 85040

Person's relationship to you: None

Description and value of property transferred: Piano, $3,800.00

Describe any property or payments received or debts paid in exchange: 3800.00

Date transfer was made: 01/31/2020

---

Person Who Received Transfer:

ED Marshall Jewelers

10261 N Scottsdale Rd

Paradise Valley, AZ 85253

Person's relationship to you: None

Description and value of property transferred: Omega Calibre 9300 Watch, $2,500.00

Describe any property or payments received or debts paid in exchange: 2500.00

Date transfer was made: 12/20/2019

---

Person Who Received Transfer:

NEED WHO IT WAS TRANSFERRED TO


Person's relationship to you:

Description and value of property transferred: Diamond Pendant, $0.00

Describe any property or payments received or debts paid in exchange:

Date transfer was made: 02/01/2020

---

Person Who Received Transfer:

ED Marshall Jewelers

10261 N Scottsdale Rd

Paradise Valley, AZ 85253

Person's relationship to you: None

Description and value of property transferred: 5.26 carat diamond ring, $70,000.00

## Continuation Sheet for Official Form 107

Describe any property or payments received or debts paid in exchange: $70,000

Date transfer was made: 01/31/2020

---

Person Who Received Transfer:

Southwest Jewelry Buyers

4300 N Northsight Blvd #127

Scottsdale, AZ 85250

Person's relationship to you: None

Description and value of property transferred: Men's PAM616 Panerai Watch, $9,000.00

Describe any property or payments received or debts paid in exchange: 9.000.00

Date transfer was made: 04/11/2019

---

Person Who Received Transfer:

Susan A Kira and Edward J Novak Trust

1739 Flag Pin Drive

Corona, CA 92883

Person's relationship to you: Siblings

Description and value of property transferred: 1/3 interest in 4800 N 68th St #371 Scottsdale AZ 85251, $60,000.00

Describe any property or payments received or debts paid in exchange: 60,000.00

Date transfer was made: 06/11/2019

---

Person Who Received Transfer:

North Scottsdale Loan and Guns

7126 E Shea Blvd #A

Scottsdale, AZ 85254

Person's relationship to you: None

Description and value of property transferred: Semi-Automatic Nighthawk Counselor Pistol, Semi-Automatic FNH Scar 17S Pistol, Vortex Razor Scope, Trijicon Scope, $3,403.50

Describe any property or payments received or debts paid in exchange: 3,403.50

## Continuation Sheet for Official Form 107

Date transfer was made: 09/12/2019

---

Person Who Received Transfer:

ED Marshall Jewelers

10261 N Scottsdale Rd

Paradise Valley, AZ 85253

Person's relationship to you: None

Description and value of property transferred: Konstantino Cross Necklace 18KY, $750.00

Describe any property or payments received or debts paid in exchange: 750.00

Date transfer was made: 09/19/2019

---

Person Who Received Transfer:

ED Marshall Jewelers

10261 N Scottsdale Rd

Paradise Valley, AZ 85253

Person's relationship to you: None

Description and value of property transferred: IWC Portugese Watch, $4,800.00

Describe any property or payments received or debts paid in exchange: 4800.00

Date transfer was made: 01/17/2020

---

Person Who Received Transfer:

North Scottsdale Loan and Gun

7126 N Shea Blvd #A

Scottsdale, AZ 85254

Person's relationship to you: None

Description and value of property transferred: Digital Camera and Accessories, $1,103.50

Describe any property or payments received or debts paid in exchange: 1103.50

Date transfer was made: 09/13/2019

---

## Continuation Sheet for Official Form 107

**Person Who Received Transfer:**

**North Scottsdale Loan and Guns**

**7126 E Shea Blvd #A**

**Scottsdale, AZ 85254**

**Person's relationship to you: None**

**Description and value of property transferred: Semi-Automatic Pistol, Semi-Automatic Rifle Daniel Defense DDDM4 V5S, Semi-Automatic Desert Tech DT SRS Sullpup Rifle, Scope Defense Vortext Viper, $3,503.50**

**Describe any property or payments received or debts paid in exchange: 3,503.50**

**Date transfer was made: 06/20/2019**

---

**Person Who Received Transfer:**

**North Scottsdale Loan and Gun**

**7126 E Shea Blvd #A**

**Scottsdale, AZ 85254**

**Person's relationship to you:**

**Description and value of property transferred: Semi-Automatic Sig Sauer MCX Rattler Pistol, Semi-Automatic Sig Sauer MPX Pistol, Trijicon Scope, Sig Sauer Romero 4T Scope, $2,203.50**

**Describe any property or payments received or debts paid in exchange: 2203.50**

**Date transfer was made: 01/14/2020**

---

**Person Who Received Transfer:**

**Ally Financial**

**PO Box 380901**

**Minneapolis, MN 55438**

**Person's relationship to you: None**

**Description and value of property transferred: Money, $838.32**

**Describe any property or payments received or debts paid in exchange: Paid daughter's car payment**

**Date transfer was made: 12/04/2019**

---

## Continuation Sheet for Official Form 107

**Person Who Received Transfer:**

**Ally Financial**

**PO Box 380901**

**Minneapolis, MN 55438**

**Person's relationship to you: None**

**Description and value of property transferred: Money, $2,400.00**

**Describe any property or payments received or debts paid in exchange: Paid off daughter's car**

**Date transfer was made: 02/01/2020**

**---**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Joseph Carl Mulac III |
| | First Name     Middle Name     Last Name |
| Debtor 2 | Mary Ellen Mulac |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the District of Arizona | |
| Case number | |
| (If known) | |

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Wells Fargo**<br><br>Description of property securing debt: **7411 E Jackrabbit Rd** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>✓ Yes |
| Creditor's name: **Cash Time Title Loans**<br><br>Description of property securing debt: **2015 Mercedes G63** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **Mr. Cooper**<br><br>Description of property securing debt: **2500 Waterford Dr** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **Cash Time Title Loans**<br><br>Description of property securing debt: **2016 Jeep Wrangler** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |

## Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased property: | — Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |

## Part 3:  Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ /s/ Joseph Carl Mulac III
_____
Signature of Debtor 1

✖ /s/ Mary Ellen Mulac
_____
Signature of Debtor 2

Date _____
   MM / DD / YYYY

Date _____
   MM / DD / YYYY

Joseph Carl Mulac III & Mary Ellen  Mulac

Debtor 1 _____    Case number (if known)_____
First Name        Middle Name        Last Name

## <u>Continuation Sheet for Official Form 108</u>

**1) Creditors who have secured claims**

| Wells Fargo | 7411 E Jackrabbit Rd | Has exemptions | surrender |

| Robert J. Wade and Kathleen R. Wade | 7411 E Jackrabbit Rd | Has exemptions | surrender |

Fill in this information to identify your case:

Debtor 1    Joseph Carl Mulac III
           First Name        Middle Name        Last Name

Debtor 2    Mary Ellen  Mulac
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  District of Arizona

Case number
(If known)  _____

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income    04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
| --- | --- |

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
| --- | --- | --- |
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
| --- | --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | − $_____ | − $_____ | | | |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here➔ | $_____ | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
| --- | --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | − $_____ | − $_____ | | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here➔ | $_____ | $_____ |

| 7. **Interest, dividends, and royalties** | $_____ | $_____ |
| --- | --- | --- |

Case 2:20-bk-04173-BKM    Doc 1    Filed 04/22/20    Entered 04/22/20 09:20:20    Desc
Main Document    Page 95 of 111

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**    $_____    $_____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................................. ↓

For you ............................................................. $_____

For your spouse ................................................ $_____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $_____    $_____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniforces. If necessary, list other sources on a separate page and put the total below.

_____    $_____    $_____

_____    $_____    $_____

Total amounts from separate pages, if any.    + $_____    + $_____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$_____   +   $_____   =   $_____

Total current monthly income

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. ........................................................ Copy line 11 here ➔    $_____

Multiply by 12 (the number of months in a year).    x 12

12b. The result is your annual income for this part of the form.    12b.    $_____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    _____

Fill in the number of people in your household.    _____

Fill in the median family income for your state and size of household. ........................................................13.    $_____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*. Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2*. Go to Part 3 and fill out Form 122A-2.

Debtor 1    Joseph Carl Mulac III
            First Name    Middle Name    Last Name

Case number (if known)_____

## Part 3:    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Joseph Carl Mulac III

Signature of Debtor 1

Date **4/22/20**
     MM / DD    / YYYY

**X** /s/ Mary Ellen Mulac

Signature of Debtor 2

Date **4-22-20**
     MM / DD    / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Case 2:20-bk-04173-BKM    Doc 1    Filed 04/22/20    Entered 04/22/20 09:20:20    Desc
                          Main Document    Page 97 of 111

Fill in this information to identify your case:

Debtor 1 **Joseph Carl Mulac III**
First Name      Middle Name      Last Name

Debtor 2 **Mary Ellen  Mulac**
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: District of Arizona

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 122A—1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:   Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave on line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

    ☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes. Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☑ No.   Go to line 3.

    ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
        10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

        ☑ No. Go to line 3.

        ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

    ☑ No.   Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

       ☑ No. Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes. Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.

Joseph Mulac III & Mary Ellen Mulac

AMERICAN EXPRESS
PO BOX 297879
FT. LAUDERDALE, FL 33329-7879

AMERICAN EXPRESS
1801 NW 66TH AVE
STE 103A
FORT LAUDERDALE, FL 33313

AMY ABDO, ESQ./SCOTT DAY FREEMAN, ESQ.
FENNEMORE CRAIG
2394 E CAMELBACK RD STE 600
PHOENIX, AZ 85016-3429

APS
MS3200
PO BOX 53933
PHOENIX, AZ 85072-3933

APS
400 N 5TH ST
PHOENIX, AZ 85004

BANANA REPUBLIC
SYNCHRONY BANK
PO BOX 530942
ATLANTA, GA 30353-9042

BANK OF AMERICA
PO BOX 982234
EL PASO, TX 79998-2234

CASH TIME TITLE LOANS
15836 N CAVE CREEK RD
PHOENIX, AZ 85032

CASH TIME TITLE LOANS
15836 N CAVE CREE RD
PHOENIX, AZ 85032

CHASE
PO BOX 15123
WILMINGTON, DE 19850-5123

CHASE
PO BOX 6294
CAROL STREAM, IL 60197-6294

CSL RIVERBEND, LLC
C/O FENNEMORE CRAIG
2394 E CAMELBACK RD STE 600
PHOENIX, AZ 85016-3429

CSL RIVERBEND, LLC

DARREN SUTTON & DEAN HARRELL
KAHUNA GROUP
5615 POTTER RD
MATTHEWS, NC 28104

Joseph Mulac III & Mary Ellen Mulac

DILLARDS
WELLS FARGO
PO BOX 51193
LOS ANGELES, CA 90051-5493

DILLARDS CARD SERVICES
PO BOX 5132
SIOUX FALLS, SD 57117-5132

EDWARD J. NOVAK JR. & JODEE L. NOVAK
46 WELLINGTON COURT
YORKTOWN HEIGHTS, NY 10598

EPCOR WATER
15626 N DEL WEBB BLVD
SUN CITY, AZ 85351-1602

EPCOR WATER
PO BOX 80036
PRESCOTT, AZ 86304-8036

GREENSPOON MARDER
ATTN:  SHARON URIAS, ESQ.
8585 E HARTFORD DR #700
SCOTTSDALE, AZ 85255

J CREW
PO BOX 659704
SAN ANTONIO, TX 78265-9704

JOSEPH CARL HOMES LLC

KAHUNA GROUP
ATTN:  KENNETH HELMS, ESQ.
314 NORTH HANEY ST., PO DRAWER 99
MONROE, NC 28111-0099

KAZLOW FIELDS
8100 SANDPIPER CIRCLE
STE 204
NOTTINGHAM, MD 21236

LKY INVESTMENTS, LLC
5040 E SHEA BLVD
STE 254
SCOTTSDALE, AZ 85254

MR. COOPER
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

MUTUAL OF OMAHA BANK
1299 FARNAM STREET
SUITE 1400
OMAHA, NE 68102

NEIMAN MARCUS
PO BOX 5235
CAROL STREAM, IL 60197-5235

Joseph Mulac III & Mary Ellen Mulac

NORDSTROM
PO BOX 79139
PHOENIX, AZ 85062-9139

NORDSTROM
1600 SEVENTH AVE
SUITE 2600
SEATTLE, WA 98101

PERKINS COIE
2901 N CENTRAL AVE
STE 2000
PHOENIX, AZ 85012-2788

PUTNAM LEASING
500 WEST PUTNAM AVE
GREENWICH, CT 06830

R. DEAN HARRELL
NEED FULL ADDRESS
UNION COUNTY, NC

REPUBLIC SERVICES
PO BOX 78829
PHOENIX, AZ 85062-8829

RLS CAPITAL
4455 E CAMELBACK RD
STE D135
PHOENIX, AZ 85018

ROBERT J. WADE AND KATHLEEN R. WADE
THE WADE REVOCABLE TRUST
5320 E SAGUARO PLACE
PARADISE VALLEY, AZ 85253

SOUTHWEST GAS
PO BOX 24531
OAKLAND, CA 94623-1531

SYNCHRONY BANK/GAP
PO BOX 965004
ORLANDO, FL 32896-5004

US BANK
PO BOX 790408
ST. LOUIS, MO 63179-0408

US BANK
PO BOX 108
ST. LOUIS, MO 63166-0108

VILLAGE HEALTH CLUB & SPAS
GAINEY RANCH
7477 E DOUBLETREE RANCH RD
SCOTTSDALE, AZ 85258

VILLAGE HEALTH CLUBS & SPAS
DC RANCH
18501 N THOMPSON PEAK PKWY
SCOTTSDALE, AZ 85255

Joseph Mulac III & Mary Ellen Mulac

**WELLS FARGO**
**PO BOX 14591**
**DES MOINES, IA 50306-3591**

**WELLS FARGO**
**MAC B6955-01B**
**PO BOX 31557**
**BILLINGS, MT 59107**

**WESTERN SURETY COMPANY**
**8100 SANDPIPER CIRCLE**
**STE 204**
**NOTTINGHAM, MD 21236**

United States Bankruptcy Court

District of Arizona

In re: Joseph Carl Mulac III & Mary Ellen Mulac

Case No.

Chapter 7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 4-22-20

/s/ Joseph Carl Mulac III

Signature of Debtor

/s/ Mary Ellen Mulac

Signature of Joint Debtor

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation

- Chapter 11 — Reorganization

- Chapter 12 — Voluntary repayment plan for family farmers or fishermen

- Chapter 13 — Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:   Liquidation

|   | |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court

District of Arizona

**In re** Joseph Carl Mulac III & Mary Ellen Mulac

Case No. _____

**Debtor**

Chapter <sup>7</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✓] FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 3,900.00

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 0.00

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 3,900.00

[ ] RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . $ _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

[✔] Debtor        [ ] Other (specify)

3. The source of compensation to be paid to me is:

[✔] Debtor        [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  [Other provisions as needed]
Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 U.S.C. 522(f)(2)(A) for avoidance of liens on household goods

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

2/22/20

*Date*

/s/ Edwin Stanley, 011730

*Signature of Attorney*

Simbro and Stanley PLC

*Name of law firm*
8767 E Via de Commercio
Ste 103
Scottsdale, AZ 85258
480-222-4055
bstanley@simbroandstanley.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re Joseph Mulac III & Mary Ellen Mulac )
)
)
)                    Chapter 7_____
)
)                    Case No._____
)
_____ Debtor(s) )

## Declaration of Evidence of Employers' Payments Within 60 Days

☐  Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☑  Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐  Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____.

Debtor, Joseph Carl Mulac III_____, declares the foregoing to be true and correct under penalty of perjury.

☐  Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☑  Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐  Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____.

Debtor, Mary Ellen Mulac_____, declares the foregoing to be true and correct under penalty of perjury.

Dated: 4/22/20_____

/s/ Joseph Carl Mulac III
Signature of Debtor

Dated: 4-22-20_____

/s/ Mary Ellen Mulac
Signature of Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.