**Janeway Law Firm, LLC**
3636 N. Central Ave., Suite #400
Phoenix, AZ 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Jason P. Sherman, Bar # 019999
Lydia R. Tulin, Bar #027093
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper
[FILE 20-027920 CXE]

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CARL JOSEPH MULAC III AND MARY ELLEN MULAC,<br><br>            Debtors. | Case # 2:20-bk-04173-BKM<br><br>Chapter 7 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, its assigns and / or successors-in-interest,<br>            Movant,<br>v.<br><br>CARL JOSEPH MULAC III AND MARY ELLEN MULAC, Brian J. Mullen, Trustee<br>            Respondents. | **STIPULATED ORDER LIFTING THE AUTOMATIC STAY EFFECTIVE 90 DAYS FROM ENTRY**<br><br>Re: Real Property located at<br>2500 Waterside Drive<br>Unit 206<br>Frederick, MD 21701 |

The parties undersigned, having stipulated to lift the stay, the court finds that a Motion for Relief From the Automatic Stay has been filed with the Court and served upon interested parties in the above captioned matter by Nationstar Mortgage LLC d/b/a Mr. Cooper, ("Mr. Cooper"), that the Debtor did not file an Objection to the Motion for Relief From the Automatic Stay, and that good cause exists to grant the Motion for Relief as more fully stated herein;

      **THEREFORE, IT IS ORDERED:**

     1. Effective 90 days from the date of entry of this Order, Mr. Cooper, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including

1 the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. §

2 524(a) with reference to the real property generally described as 2500 Waterside Drive, Unit 206,

3 Frederick, MD 21701 and legally described as shown on the loan documents attached to the Motion

4 for relief.

5      2.   Effective 90 days from the date of entry of this Order, Mr. Cooper may begin

6 foreclosure proceedings following applicable law and / or enforce any contract or state law

7 remedies it has against said real property.

8      3.   Unless and until otherwise ordered, the Automatic Stay imposed against Mr. Cooper

9 shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case

10 may convert.

11 DATED and SIGNED as shown above

Re: CASE # 2:20-bk-04173-BKM
APPROVED AS TO FORM AND CONTENT BY:


/s/ Jason Sherman, 019999 (with permission)
Dawn M. Maguire, Esq., Of Counsel to
GUTTILLA MURPHY ANDERSON
Attorney for Chapter 7 Trustee Brian J. Mullen



/s/ Jason Sherman, 019999
Jason P. Sherman
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper