# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| JOSEPH CARL MULAC, III AND MARY ELLEN MULAC, | Case No. 2:20-bk-04173-BKM |
| Debtors. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND SULLIVAN SELECT LLC TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§ 327, 328 AND 330** |

Upon consideration of the *Chapter 7 Trustee's Application to Retain BK Global Real Estate Services and Sullivan Select LLC to Procure Consented Public Sale Pursuant to 11 U.S.C. §§ 327, 328 and 330* ("Application") requesting approval to retain BK Global Real Estate Services ("BKRES") and Sullivan Select LLC ("Listing Agent") (individually and collectively referred to as "Brokers") on behalf of the bankruptcy estate, the Court being satisfied that Brokers represent no adverse interest to the bankruptcy estate and that Brokers are disinterested parties pursuant to 11 U.S.C. §§ 101(14) and 327, and the Court being satisfied that said employment is necessary and will be in the best interest of this bankruptcy estate,

**IT IS ORDERED** that Brokers shall be employed as of the date that the Application and the Affidavits of Disinterestedness were filed with this Court, to serve as Brokers to the Trustee subject to the terms set forth in the Application with certain qualifications set forth hereinafter.

**IT IS FURTHER ORDERED** that Brokers shall provide services to the Trustee to market and/or sell real property located at 2500 Waterside Drive Unit 206 Frederick, MD 21701

("Property"), and thereby liquidate the same for the best and highest price, at no cost to the bankruptcy estate.

**IT IS FURTHER ORDERED** initially approving payment of an 11 U.S.C. § 506 surcharge to provide a carve out for the benefit of the bankruptcy estate from any sale that may arise. No carve out shall be paid until the completion of a Court approved sale of the Property.

**IT IS FURTHER ORDERED** initially approving a real estate broker's commission in the amount equal to 6% of the purchase price from any sale that may arise from said services, and reimbursement of actual costs. No compensation shall be paid until the completion of a Court approved sale of the Property.

**IT IS FURTHER ORDERED** that this Order is subject to reconsideration if unique circumstances so warrant.

**DATED AND SIGNED ABOVE**