| | |
|---|---|
| 1 | **GUTTILLA MURPHY ANDERSON, P.C.**<br>Dawn M. Maguire (Ariz. No. 20368) |
| 2 | 5415 E. High St., Suite 200<br>Phoenix, Arizona 85054 |
| 3 | Email: dmaguire@gamlaw.com<br>Phone: (480) 304-8300 |
| 4 | Fax: (480) 304-8301 |
| 5 | Attorneys for Chapter Trustee Brian Mullen |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JOSEPH CARL MULAC, III AND MARY ELLEN MULAC,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:20-bk-04173-BKM<br><br>**SUPPLEMENT TO MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS**<br><br>**Hearing date: October 6, 2020**<br>**Hearing time: 2:00 p.m.**<br><br>(Re: **2500 Waterside Dr. #206 Frederick, MD 21701**) |

Brian Mullen, Chapter 7 Trustee ("Trustee"), by and through undersigned counsel, hereby files this *Supplement to Motion to Approve Sale of Real Property Free and Clear of Liens* ("Supplement") to provide additional information to all interested parties.

1. On August 25, 2020, the Trustee filed the *Motion to Approve Sale of Real Property Free and Clear of Liens* ("Motion to Approve Sale") requesting an Order authorizing the sale of the bankruptcy estate's interest in the real property located at 2500 Waterside Dr. #206, Frederick, MD 21701 ("Property").

2. After filing the Motion to Approve Sale, the Trustee was informed that the buyers, Bruce W. McLaughlin and Emma McLaughlin, nominated McLaughlin Renovations, LLC as the buyer of the Property ("Buyer"). See *General Addendum, Change in Terms Addendum* and *General Addendum* collective attached hereto as **Exhibit A**.

3. Further, the Buyer provided a counteroffer for the purchase price of $207,000.00, and Buyer agreed to pay the following fees:

a. $400.00 Lien Search Fee;

b. $250.00 Title Search Fee; and

c. $395.00 Closing Coordination Fee.

See attached Exhibit A.

4. After the Motion to Approve Sale was filed the Trustee also received the *ALTA Settlement Statement – Combined* ("HUD-1") detailing the fees and costs associated with the sale of the Property.  See HUD-1 attached hereto as **Exhibit B**.

5. Fannie Mae has approved the short sale and is willing to accept $179,215.00 or more for the release of the first position lien by Nationstar Mortgage LLC d/b/a Mr. Cooper. According to the attached HUD-1, a payment of $181,161.76 will be paid to the lender.  See attached Exhibit B.

DATED: October 2 2020

**GUTTILLA MURPHY ANDERSON, P.C.**

/s/  Dawn M. Maguire #20368
Dawn M. Maguire
Attorneys for Chapter 7 Trustee

**E-FILED** on October 2, 2020 with the
U.S. Bankruptcy Court and copies served
via ECF notice on all parties that have appeared in the case.

**COPY** emailed the same date to:

Brian Mullen
*Chapter 7 Trustee*

Nathan A. Finch
Catalyst Legal Group, PLLC
Nathan@Catalyst.Lawyer
*Attorneys for Mary Mulac*

Maurice Jackson
Tasha Santora
BK GLOBAL
mjackson@bkginc.com
tsantora@bkginc.com

| | |
|---|---|
| 1 | Stephanie Stamper<br>Sullivan Select |
| 2 | soldbystephaniestamper@gmail.com<br>*Agent for the Trustee* |
| 3 | |
| 4 | Pete Martin<br>Kim Blackwell |
| 5 | Advantage Title Company<br>pmartin@advantitle.com |
| 6 | kblackwell@advantitle.com |
| 7 | McLaughlin Renovations, LLC |
| 8 | c/o Matthew Klokel<br>Redfin Corporation |
| 9 | Matthew.klokel@redfin.com<br>*Agent for the Buyer* |
| 10 | |
| 11 | Robert D. Mitchell<br>Christopher R. Kaup |
| 12 | Sarah K. Deutsch<br>Zachary R. Cormier |
| 13 | TIFFANY & BOSCO, P.A.<br>rdm@tblaw.com |
| 14 | crk@tblaw.com<br>skd@tblaw.com |
| 15 | zrc@tblaw.com<br>*Attorneys for Creditor Larry Yount* |
| 16 | |
| 17 | Dean M. Dinner<br>KUTAK ROCK LLP |
| 18 | dean.dinner@kutakrock.com<br>*Attorneys for CIT Bank, N.A.* |
| 19 | |
| 20 | Jason P. Sherman<br>JANEWAY LAW FIRM, LLC |
| 21 | jsherman@logs.com<br>*Attorneys for Lien Holder Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 22 | |
| 23 | Gerald L. Shelley<br>Brett Gilmore |
| 24 | FENNEMORE CRAIG, P.C.<br>gshelley@fclaw.com |
| 25 | bgilmore@fclaw.com<br>*Attorneys for CSL Riverbend LLC* |
| 26 | |
| 27 | Randy Nussbaum<br>SACKS TIERNEY P.A. |
| 28 | Randy.Nussbaum@SacksTierney.com<br>*Attorneys for Darren Lee Sutton and R. Dean Harrell* |

Tamalyn E. Lewis
ENGELMAN BERGER, P.C.
tel@eblawyers.com
*Attorneys for Robert J. Wade and Kathleen R. Wade as Trustees of The Wade Revocable Trust I*

**COPY** mailed the same date via U.S. Mail to:

Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Carl Joseph Mulac III
Mary Ellen Mulac
4800 N. 68th Street, #371
Scottsdale, AZ 85251
*Debtors*

Edward J. Novak Jr.
Jodee K. Novak
46 Wellington Ct.
Yorktown Heights, NY 10598

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 60516
City of Industry, CA 91716-0516
*Lien Holder*

Bruce W. McLaughlin
Emma McLaughlin
2926 Mill Island Pkwy
Frederick, MD 21701-3240

*/s/ Monica J. Baca*

# EXHIBIT A

DocuSign Envelope ID: 64F8A9DA-B372-4752-B90D-6568B2A0E0AB



# GENERAL ADDENDUM

Special provisions attached to and hereby made a part thereof, the Contract dated __August 4, 2020__

on Lot _____, Block _____, Subdivision _____,

__**2500 Waterside Dr Unit 206**_____,

located in __**Frederick**_____ County, Maryland between

(Purchasers) __**McLaughlin Renovations, LLC**__

and (Sellers) __**Brian Mullen, BK Trustee for the estate of Joseph and Mary Mulac**__.

__**Buyer counters with a $207,000 offer and agrees to pay the following fees:**__
__**$400 Lien Search Fee**__
__**$250 Title Search Fee**__
__**$395 Closing Coordination Fee**__

---

**Brian J Mullen**
SignerID: Z6FVL2IKL3...
Seller

DocuSigned by:
[signature]
6B55D0F9131E458...
**McLaughlin Renovations, LLC**
Purchaser

09/21/2020
Date

9/17/2020
Date

FORM #1320  7/05

Phone: (949)278-3466    Fax:    MAR template
Matthew Klokel    Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com
Case 2:20-bk-04173-BKM    Doc 178    Filed 10/02/20    Entered 10/02/20 13:09:09    Desc
Main Document    Page 6 of 14

# Signature Certificate
Folder Ref: cd335cd5a4853b1e894773815ca8c3a5d02889e7



| | | | |
|---|---|---|---|
| Author: BK Global | Creation Date: 21 Sep 2020, 14:39:55, EDT | Completion Date: 22 Sep 2020, 02:39:24, EDT | |

## Document Details:

Name: 2500-waterside-drive-unit-206-EXECUTED_PURCHASE_CONTRACT_ADDENDUM-swka4j

Type:

Document Ref: 385fe0e51b3e69791e10028d62ac5661e5a32d0ffec9384c8791 0f752528a8e0

Document Total Pages: 1

## Document Signed By:

Name: Brian Mullen
Email: bmullen@bktrustee.phxcoxmail.com
IP: 70.166.115.137
Location: PHOENIX, AZ (US)
Date: 22 Sep 2020, 02:39:24, EDT
Consent: eSignature Consent Accepted
Security Level: Email, Account Login Password Authentication

*Brian J Mullen*
Signer ID: Z6FVL2IKL3...

## Document History:

| | |
|---|---|
| Folder Created | BK Global created this folder on 21 Sep 2020, 14:39:55, EDT |
| Invitation Sent | Invitation sent to Laura Barton on 21 Sep 2020, 14:41:21, EDT |
| Invitation Sent | Invitation sent to Brian Mullen on 21 Sep 2020, 14:41:21, EDT |
| Invitation Accepted | Invitation accepted by Brian Mullen on 22 Sep 2020, 02:31:36, EDT |
| Signed By Brian Mullen | Brian Mullen signed this folder on 22 Sep 2020, 02:39:24, EDT |
| Executed | Document(s) successfully executed on 22 Sep 2020, 02:39:24, EDT |

DocuSign Envelope ID: 7CFF8FE5-2432-4B1D-8ACC-2EDECCF1E245



Maryland REALTORS®

# CHANGE IN TERMS ADDENDUM

ADDENDUM dated __August 31, 2020__ to Contract of Sale between Buyer __Bruce McLaughlin , Emma McLaughlin__
and Seller __Brian Mullen, BK Trustee for the estate of Joseph and Mary Mulac__
for Property known as __2500 Waterside Dr Unit 206, Frederick, MD 21701-3216__ .

Buyer and Seller acknowledge and agree that the Contract of Sale shall be modified as follows:

Only those Paragraphs initialed by both Buyer and Seller shall be binding on the parties.

1. **PURCHASE PRICE:** The PURCHASE PRICE is changed from
   _____ Dollars ($ _____ ) to
   _____ Dollars ($ _____ ).

2. **SETTLEMENT DATE:** The SETTLEMENT DATE is changed from
   _____ to _____.

3. **FINANCING CONTINGENCY:** The time frame for obtaining FINANCING is changed from
   _____ to _____.

4. **OTHER:** <u>All parties agree that the names of Buyers Bruce and Emma McLaughlin be replaced on the contract of sale with McLaughlin Renovations, LLC</u>

Signer ID: Z6FVL2IKL3...

*All other terms and conditions of the Contract of Sale remain in full force and effect.*

_/s/ Bru N M_   9/18/2020        _/s/ Brian J Mullen_   09/21/2020
Buyer Signature       Date         Seller Signature       Date
**Bruce McLaughlin**                 Brian Mullen, BK Trustee for the estate of Joseph and Mary Mulac

_/s/ EM_   9/18/2020                _____
Buyer Signature       Date         Seller Signature       Date
**Emma McLaughlin**

10/19



©Copyright 2019 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior expressed written consent of Maryland REALTORS®.

Redfin Corporation, 540 Gaither Rd Ste 500 Rockville MD 20850                Phone: (949)278-3466    Fax:        2500 Waterside Dr
Matthew Kiskel            Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

# Signature Certificate
Folder Ref: 78715959d0c822f79557903b1edb897b3d262a1c



Author: **BK Global**  Creation Date: **21 Sep 2020, 13:03:35, EDT**  Completion Date: **22 Sep 2020, 02:29:47, EDT**

## Document Details:

Name: 2500-waterside-drive-unit-206-EXECUTED_PURCHASE_CONTRACT_ADDENDUM-2jqovy

Type:

Document Ref: a8e0cc3200ef84b369c565c8462d2fbc32beaec9e58b1db5d29e6953800dcb10

Document Total Pages: 1

## Document Signed By:

| | |
|---|---|
| Name: | Brian Mullen |
| Email: | bmullen@bktrustee.phxcoxmail.com |
| IP: | 70.166.115.137 |
| Location: | PHOENIX, AZ (US) |
| Date: | 22 Sep 2020, 02:29:46, EDT |
| Consent: | eSignature Consent Accepted |
| Security Level: | Email, Account Login Password Authentication |

*Brian J Mullen*
Signer ID: Z6FVL2IKL3...

## Document History:

| | |
|---|---|
| Folder Created | BK Global created this folder on 21 Sep 2020, 13:03:35, EDT |
| Invitation Sent | Invitation sent to Laura Barton on 21 Sep 2020, 13:08:46, EDT |
| Invitation Sent | Invitation sent to Brian Mullen on 21 Sep 2020, 13:08:46, EDT |
| Invitation Accepted | Invitation accepted by Brian Mullen on 22 Sep 2020, 02:22:01, EDT |
| Signed By Brian Mullen | Brian Mullen signed this folder on 22 Sep 2020, 02:29:46, EDT |
| Executed | Document(s) successfully executed on 22 Sep 2020, 02:29:47, EDT |

DocuSign Envelope ID: 2B122E5A-E370-401F-9502-6EFFF7CFBB1A



# GENERAL ADDENDUM

Special provisions attached to and hereby made a part thereof, the Contract dated **August 12, 2020**

on Lot _____, Block _____, Subdivision _____,

2500 Waterside Dr Unit 206, Frederick, MD 21701-3216,

located in **Frederick** County, Maryland between

(Purchasers) **McLaughlin Renovations, LLC**

and (Sellers) **Brian Mullen, BK Trustee for the estate of Joseph and Mary Mulac**.

All parties agree that the name McLaughlin Renovations, LLC be replaced on the contract of sale with Bruce W McLaughlin

_Brian J Mullen, Trustee_
Seller

Purchaser (DocuSigned)

Seller
Date: 9/30/2020

Purchaser
Date: 9/29/2020

FORM #1320  7/05

Matthew Klokel  Phone: (949)278-3466  Fax:  MAR template
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

# EXHIBIT B

| | | American Land Title Association | | ALTA Settlement Statement - Combined |
|---|---|---|---|---|
| | | | | Adopted 05-01-2015 |

| | | |
|---|---|---|
| File No./Escrow No.: | AT-88012 | **Advantage Title Company** |
| Print Date & Time: | 09/30/2020 02:51 PM | |
| Officer/Escrow Officer: | | **2037 Liberty Road** |
| | | **Eldersburg, MD 21784** |
| Settlement Location: | 2037 Liberty Road, Eldersburg, MD 21784 | |

| | |
|---|---|
| Property Address: | 2500 Waterside Drive Unit 206, Frederick, MD 21701 |
| Buyer: | Bruce W. McLaughlin |
| Seller: | Brian J. Mullen, as Trustee for the Bankruptcy Estate of Joseph Carl Mulac, III |
| Lender: | Intercoastal Mortgage Company |
| | |
| Settlement Date: | 11/13/2020 |
| Disbursement Date: | 11/13/2020 |
| Additional dates per state requirements: | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | $207,000.00 | Sales Price of Property | $207,000.00 | |
| | | Deposit | | $10,300.00 |
| | | Loan Amount | | $154,500.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | | Assessments from 11/13/2020 to 11/30/2020 | $39.60 | |
| | | County Taxes from 11/13/2020 to 6/30/2021 | $2,319.32 | |
| | $39.60 | Assessments from 11/13/2020 to 11/30/2020 | | |
| | $2,319.32 | County Taxes from 11/13/2020 to 6/30/2021 | | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Loan Amount (Points) | $1,545.00 | |
| | | Doc Review | $625.00 | |
| | | Processing | $625.00 | |
| | | Appraisal | $600.00 | |
| | | Credit Report | $51.00 | |
| | | Flood Cert | $14.00 | |
| | | Closing Coordination to Ocean Title, LLC | $395.00 | |
| | | Prepaid Interest to Intercoastal Mortgage Company | $1,031.55 | |
| | | | | |

Copyright 2015 American Land Title Association.  
All rights reserved.  
Page 1 of 3

AT-88012  
Printed On: 09/30/2020 02:51 PM EST

Case 2:20-bk-04173-BKM   Doc 178   Filed 10/02/20   Entered 10/02/20 13:09:09   Desc
Main Document   Page 12 of 14

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Impounds** | | |
| | | Homeowner's Insurance 0 mo @ $ 0.00/mo | $200.00 | |
| | | Property Taxes 0 mo @ $ 0.00/mo | $3,304.50 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Abstract with Advantage Title Company, LLC | $250.00 | |
| $850.00 | | Closing Fee with Advantage Title Company, LLC | | |
| | | Closing Prot Ltr with Advantage Title as agent for First Am | $45.00 | |
| | | Courier Fee with Advantage Title Company, LLC | $50.00 | |
| | | Examination Fee with Advantage Title Company, LLC | $445.00 | |
| | | Lender's Policy with Advantage Title as agent for First Am | $200.00 | |
| | | Lien Search with Reliable Lien Search | $400.00 | |
| | | Settlement with Advantage Title Company, LLC | $150.00 | |
| | | Title Search Fee with Advantage Title Company, LLC | $250.00 | |
| | | Owner's Policy with Advantage Title as agent for First Am | $1,067.00 | |
| | | | | |
| | | **Commission** | | |
| $4,120.00 | | Real Estate Commission Buyers Broker to Redfin Corporation | | |
| $8,240.00 | | Real Estate Commission Sellers Broker to Sullivan Select, LLC | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| $517.50 | | State Transfer Tax to Clerk of the Circuit Court | $517.50 | |
| $1,449.00 | | State Recordation Tax to Treasurer of Frederick County, Maryland | $1,449.00 | |
| | | | | |
| | | **Payoff(s)** | | |
| $181,161.76 | | Lender: Payoff of First Mortgage Loan to Nationstar Mortgage LLC    Principal Balance as of $181,161.76       Interest on Payoff Loan: 0 days @ $0.00/day for $0.00 | | |
| | | | | |
| | | **Miscellaneous** | | |
| $100.00 | | Motion to Sell to Clerk of the Circuit Court | | |
| | | Homeowner's Insurance Premium | $1,200.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $8,240.00 | | Bankruptcy Estate Fee to Brian J. Mullen, Trustee | | |
| | | Transfer/Set Up Fee to Community Associaton Services | $75.00 | |
| $3,680.66 | | R/E Taxes to Frederick County, MD | | |
| $1,000.00 | | HOA/Condo Fee to Worman's Mill | | |
| | | | | |
| **Seller** | | | **Borrower/Buyer** | |
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $209,358.92 | $209,358.92 | **Subtotals** | $223,848.47 | $164,800.00 |
| | | Due From Borrower | | $59,048.47 |
| | | Due To Seller | | |
| **$209,358.92** | **$209,358.92** | **Totals** | **$223,848.47** | **$223,848.47** |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Advantage Title Company to cause the funds to be disbursed in accordance with this statement.

_____

Bruce W. McLaughlin


Brian J. Mullen, as Trustee for the Bankruptcy Estate of Joseph Carl Mulac, III


By: _____

    Brian J. Mullen, Trustee


_____

Escrow Officer

Copyright 2015 American Land Title Association.
All rights reserved.