**GUTTILLA MURPHY ANDERSON, P.C.**
Dawn M. Maguire (Ariz. No. 20368)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: dmaguire@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Chapter Trustee Brian Mullen

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re:<br><br>JOSEPH CARL MULAC, III AND MARY ELLEN MULAC,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:20-bk-04173-BKM<br><br>**AMENDED NOTICE OF ADDENDUM #3 WITH INCREASED PURCHASE PRICE**<br>-and-<br>**STATUS REPORT OF SALE CLOSING FROM FEBRUARY 11, 2021 SALE HEARING**<br><br>(RE: Motion to Approve Sale of Real Property Free and Clear of Liens – DN 196] |
|---|---|

Brian Mullen, the Chapter 7 Trustee in the above captioned case ("Trustee"), by and through undersigned counsel, hereby provides this Amended Notice of *Addendum #3* (attached hereto) with a new increased purchase price for the sale of the real property at 7411 E. Jackrabbit Road, Scottsdale, AZ 85250 – APN: 173-16-046 ("Property").

The Trustee attended the sale hearing on February 11, 2021 wherein the sale of the Property was approved for $2,450,000.00[1] with certain conditions. The parties are still working on the Sale Order for the Court's review and approval.

Since the hearing, Wells Fargo conducted an appraisal of the Property and the Buyer submitted Addendum #2 with the increased purchase price to $2,625,000.00. All other provisions, agreements, and terms of the Contract (as defined in the Sale Motion on file at DN 196) remained the same with the exception of the increased sale price. On March 8, 2021, the Trustee filed a Notice of Addendum #2 (DN 247).

---

[1] There were no higher or better offers received at the hearing.

| | |
|---|---|
| 1 | Since March 8, 2021, and specifically on March 11, 2021, the Buyer submitted Addendum #3 with the new increased purchase price. All other provisions, agreements, and terms of the Contract (as defined in the Sale Motion on file at DN 196) remain the same with the exception of the new increased sale price of $2,800,000.00. |

Since March 8, 2021, and specifically on March 11, 2021, the Buyer submitted Addendum #3 with the new increased purchase price. All other provisions, agreements, and terms of the Contract (as defined in the Sale Motion on file at DN 196) remain the same with the exception of the new increased sale price of $2,800,000.00.

To date, Wells Fargo has not made a decision on whether the bankruptcy estate may proceed with the sale of the Real Property for the agreed upon surcharge payment to the bankruptcy estate. The Trustee and Wells Fargo have not finalized the Sale Order from the Sale Hearing on February 11, 2021 as the parties are awaiting Wells Fargo's decision.

DATED: March 15, 2021

GUTTILLA MURPHY ANDERSON, P.C.

/s/ Dawn M. Maguire #20368
Dawn M. Maguire
Attorneys for Chapter 7 Trustee

**E-FILED** on March 15, 2021 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** emailed the same date to:

Brian Mullen
*Chapter 7 Trustee*

BK Global
Attn: Patrick Butler
Attn: Laura Burton
pbutler@bkginc.com
lbarton@bkginc.com

Heena Khatri
UrbanCiti Realty & Property Management
heena@urbanciti.com
*Agent for the Trustee*

Tracy-Ann Chavarria
Branch Manager/Escrow Officer
American Title Service Agency, LLC
7033 E. Greenway Parkway, Ste. 150
Scottsdale, AZ 85254
tchavarria@atsaaz.com
*Title Company*

| | |
|---|---|
| 1 | Hugh Anderson |
| 2 | Anderson & Anderson Real Estate, LLC<br>15972 N. 115th Way |
| 3 | Scottsdale, AZ 85255<br>dhughanderson@gmail.com |
| 4 | *Agent for Buyer Robert C. Chang* |
| 5 | Nathan A Finch |
| 6 | CATALYST LEGAL GROUP PLLC<br>1820 E. Ray Road |
| 7 | Chandler, AZ 8522<br>Nathan@Catalyst.Lawyer |
| 8 | *Attorneys for Mary Ellen Mulac* |
| 9 | Robert D. Mitchell<br>Christopher R. Kaup |
| 10 | TIFFANY & BOSCO, P.A.<br>2525 East Camelback Road, Suite 700 |
| 11 | Phoenix, Arizona 85016<br>rdm@tblaw.com |
| 12 | crk@tblaw.com<br>*Attorneys for Creditor Larry Yount* |
| 13 | Dean M. Dinner |
| 14 | KUTAK ROCK LLP<br>8601 North Scottsdale Road, #300 |
| 15 | Scottsdale, AZ 85253-2738<br>dean.dinner@kutakrock.com |
| 16 | *Attorneys for CIT Bank, N.A.* |
| 17 | Jason P. Sherman<br>JANEWAY LAW FIRM, LLC |
| 18 | 3636 N. Central Ave., Suite #400<br>Phoenix, AZ 85012 |
| 19 | jsherman@logs.com<br>AZNotices@logs.com |
| 20 | *Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 21 | Gerald L. Shelley<br>Brett Gilmore |
| 22 | FENNEMORE CRAIG, P.C.<br>2394 E. Camelback Rd., Ste. 600 |
| 23 | Phoenix, AZ 85016-3429<br>gshelley@fclaw.com |
| 24 | bgilmore@fclaw.com<br>*Attorneys for CSL Riverbend LLC* |
| 25 | Randy Nussbaum |
| 26 | SACKS TIERNEY P.A.<br>4250 N. Drinkwater Blvd., 4th Floor |
| 27 | Scottsdale, AZ 85251<br>Randy.Nussbaum@SacksTierney.com |
| 28 | *Attorneys for Darren Lee Sutton and R. Dean Harrell* |

| | |
|---|---|
| 1 | Tamalyn E. Lewis<br>ENGELMAN BERGER, P.C. |
| 2 | 2800 North Central Avenue, Suite 1200<br>Phoenix, Arizona 85012 |
| 3 | tel@eblawyers.com<br>*Attorneys for Robert J. Wade and Kathleen R. Wade as Trustees of The Wade Revocable Trust I* |
| 4 | Alan Baskin |
| 5 | BASKIN PLC<br>2901 N. Central Avenue, Suite 1150 |
| 6 | Phoenix, AZ 85012<br>alan@baskin.law |
| 7 | *Attorneys for Carl Joseph Mulac III* |
| 8 | Leonard J. McDonald<br>TIFFANY & BOSCO, P.A. |
| 9 | 2525 East Camelback Road, Suite 700<br>Phoenix, Arizona 85016 |
| 10 | ljm@tblaw.com<br>*Attorneys for Wells Fargo Bank, N.A.* |
| 11 | **COPY** mailed the same date via U.S. Mail to: |
| 12 | Office of the United States Trustee |
| 13 | 230 N. First Ave., Suite 204<br>Phoenix, AZ 85003-1706 |
| 14 | Carl Joseph Mulac III |
| 15 | Mary Ellen Mulac<br>4800 N. 68th Street, #371 |
| 16 | Scottsdale, AZ 85251<br>*Debtors* |
| 17 | Edward J. Novak Jr. |
| 18 | Jodee K. Novak<br>46 Wellington Ct. |
| 19 | Yorktown Heights, NY 10598 |
| 20 | Wells Fargo<br>PO Box 14591 |
| 21 | Des Moines, IA 50306<br>*Lien Holder* |
| 22 | Robert Chang |
| 23 | 2893 E. Scorpio Place<br>Chandler, AZ 85249 |
| 24 | *Buyer* |
| 25 | /s/ Monica J. Baca |
| 26 | |
| 27 | |
| 28 | |

Anderson and Anderson Real Estate LLC

# ADDENDUM #3

Document updated: June 1993



The pre-printed portion of this form has been drafted by the Arizona Association of REALTORS®. Any change in the pre-printed language of this form must be made in a prominent manner. No representations are made as to the legal validity, adequacy and/or effects of any provision, including tax consequences thereof. If you desire legal, tax or other professional advice, please consult your attorney, tax advisor or professional consultant.

 

1. This is an addendum originated by the: ☐ Seller ☒ Buyer ☐ Landlord ☐ Tenant.
2. This is an addendum to the Contract dated __October 1, 2020__ between the following Parties:
3. Seller/Landlord: _Brian Mullen, BK Trustee for the Estate of Joseph + Mary Mullen_
4. Buyer/Tenant: Robert C. Chang
5. Premises: 7411 E JACKRABBIT RD, Scottsdale, AZ  85250
6. The following additional terms and conditions are hereby included as a part of the Contract between Seller and Buyer for the above referenced Premises:
7. 
8. Purchase price to be $2,800,000.00

42. The undersigned agrees to the additional terms and conditions and acknowledges receipt of a copy hereof.

43. _[signature]_    03/11/2021
44. ☐ Seller ☒ Buyer
45. ☐ Landlord ☐ Tenant

46. _Brian Mullen, Trustee_
47. ☒ Seller ☐ Buyer    3/11/2021
48. ☐ Landlord ☐ Tenant

49. For Broker Use Only:
    Brokerage File/Log No. _____ Manager's Initials _____ Broker's Initials _____ Date _____

Addendum • Updated: June 1993 • Copyright © 1993 Arizona Association of REALTORS®. All rights reserved.
Anderson and Anderson Real Estate LLC 15972 N. 115th Way Scottsdale, AZ 85255
Phone: 602-910-2480    Fax:    Hugh Anderson    Untitled
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com